B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Apex Digital, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AW XEPA Technologies Inc.; AW Apex R & D Shangai; AW E2Go; AW Entertainment to Go; AW Apex** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**95-4648824** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**301 Brea Canyon Road**<br>**Walnut, CA**<br>ZIP Code **91789** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>See Exhibit D on page 2 of this form.<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)      Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Apex Digital, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)     Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Apex Digital, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X /s/ Juliet Y. Oh
Signature of Attorney for Debtor(s)

**Juliet Y. Oh 211414**
Printed Name of Attorney for Debtor(s)

**Levene, Neale, Bender, Yoo & Brill LLP**
Firm Name

**10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067**
Address

_____
Telephone Number

8-16-2010    211414
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ David Ji
Signature of Authorized Individual

**David Ji**
Printed Name of Authorized Individual

**President and Chief Executive Officer**
Title of Authorized Individual

8-16-2010
Date

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Ron Bender (State Bar No. 143364)<br>Juliet Y. Oh (State Bar No. 211414)<br>Levene, Neale, Bender, Yoo & Brill L.L.P.<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067<br>T (310) 229-1234, F (310) 229-1244<br><br>☒ Attorney for: Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | CASE NO.: |
|---|---|
| Apex Digital, Inc. | CHAPTER: 11 |
| Debtor(s). | ADV. NO.: |

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists       Date Filed: **July** , **2010**
☐ Amendments to the petition, statement of affairs, schedules or lists   Date Filed: _____
☐ Other: _____       Date Filed: _____

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

/s/ David Ji _____    **8-16-2010**
*Signature of Authorized Signatory of Filing Party*         Date

**David Ji**
*Printed Name of Authorized Signatory of Filing Party*

**Chief Executive Officer**
*Title of Authorized Signatory of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

/s/ Juliet Y. Oh _____    **8-16-2010**
*Signature of Attorney for Filing Party*         Date

**Juliet Y. Oh**
*Printed Name of Attorney for Filing Party*

CERTIFICATE OF APEX DIGITAL, INC.,
A CALIFORNIA CORPORATION
AUTHORIZING FILING OF PETITION UNDER
CHAPTER 11 OF THE BANKRUPTCY CODE

I, David Ji, hereby certify as follows:

1.   I am the President and Chief Executive Officer of Apex Digital, Inc., a California corporation (the "Company").

2.   At a special meeting of the Company's Board of Directors, the following resolutions were duly enacted by a unanimous vote of the Board, and the same remain in full force and effect, without modification, as of the date hereof:

> RESOLVED, that David Ji ("Ji") is hereby authorized to determine whether it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a Petition under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code");

> FURTHER RESOLVED, that Ji is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;

> FURTHER RESOLVED, that Ji is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel to the

Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which Ji deems necessary and proper in connection with the Company's bankruptcy case;

**FURTHER RESOLVED** that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Brill L.L.P. as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case.

Dated: August 16, 2010

APEX DIGITAL, INC.

_____
David Ji, President and Chief Executive Officer

2

Case 2:10-bk-44406-SB    Doc 1    Filed 08/17/10    Entered 08/17/10 00:25:47    Desc
Main Document    Page 7 of 19

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **Apex Digital, Inc.**      Debtor(s)

Case No.         
Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Jiangsu Hongtu High Tech Co Ltd<br>83 Hu Bei Road<br>Nanijing P.R., Post Code 210009<br>CHINA | Jiangsu Hongtu High Tech Co Ltd<br>83 Hu Bei Road<br>Nanijing P.R., Post Code 210009<br>CHINA | Judgment | Disputed | 8,000,000.00 |
| Shanghai World Trade Dev. Co., LTD<br>Unit 118, Suite 1016, Xin Ling Road<br>Wai Gao Qiao Bao Shui, Shanghai<br>CHINA | Shanghai World Trade Dev. Co., LTD<br>Unit 118, Suite 1016, Xin Ling Road<br>Wai Gao Qiao Bao Shui, Shanghai<br>CHINA | Services and/or Goods | Disputed | 3,667,246.00 |
| Wi-Lan V-Chip Corp.<br>41 Pullman Court<br>Toronto, Ontario<br>CANADA | Wi-Lan V-Chip Corp.<br>41 Pullman Court<br>Toronto, Ontario<br>CANADA | Services | | 1,179,455.50 |
| Koninklijke Philips Electronics<br>1251 Avenue of the Americas<br>New York, NY 10020 | Koninklijke Philips Electronics<br>1251 Avenue of the Americas<br>New York, NY 10020 | Licensing Fees | Disputed | 983,631.00 |
| Thomson Multimedia<br>46, Quai Alphonse Le Gallo<br>Boulogne<br>FRANCE 92468 | Thomson Multimedia<br>46, Quai Alphonse Le Gallo<br>Boulogne<br>FRANCE 92468 | Licensing Fees | Disputed | 748,063.67 |
| Oracle Corporation<br>500 Oracle Parkway<br>Redwood City, CA 94065 | Oracle Corporation<br>500 Oracle Parkway<br>Redwood City, CA 94065 | Licensing Fees | Disputed | 166,648.00 |
| Apex Digital Inc. Ltd.<br>Unit 37031, 37/F West Tower Shun Tak Centre 168-200 Connaught Rd Cen<br>HONG KONG | Apex Digital Inc. Ltd.<br>Unit 37031, 37/F West Tower Shun Tak Centre 168-200 Connaught Rd Cen<br>HONG KONG | Services and/or Goods | | 8,366.23 |
| Covington & Burling LLP<br>1201 Pennsylvania Ave. N.W.<br>Washington, DC 20004-2401 | Covington & Burling LLP<br>1201 Pennsylvania Ave. N.W.<br>Washington, DC 20004-2401 | Services | | 2,471.76 |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com      Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re  **Apex Digital, Inc.**                                             Case No. _____

                  Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Regent USA Inc<br>1208 John Reed Court<br>City of Industry, CA 91745 | Regent USA Inc<br>1208 John Reed Court<br>City of Industry, CA 91745 | Services | | 1,750.00 |
| Wintek Group, Inc.<br>13418 Wandering Ridge Way<br>Chino Hills, CA 91709 | Wintek Group, Inc.<br>13418 Wandering Ridge Way<br>Chino Hills, CA 91709 | Services | | 500.00 |
| G & J Express Transport, Inc<br>9121 Blackley Street<br>Temple City, CA 91780 | G & J Express Transport, Inc<br>9121 Blackley Street<br>Temple City, CA 91780 | Services | | 200.00 |
| Disco Vision<br>2265 East 220th Street<br>Long Beach, CA 90810 | Disco Vision<br>2265 East 220th Street<br>Long Beach, CA 90810 | Licensing Fees | Disputed | Unknown |
| Funai<br>7-1, 7-Chome, Nakagaito<br>Daito, Osaka 574-0013<br>JAPAN | Funai<br>7-1, 7-Chome, Nakagaito<br>Daito, Osaka 574-0013<br>JAPAN | Licensing Fees | Disputed | Unknown |
| Jiangsu Qiao Yue Shu Ma You Xian<br>#1, Jing Jiu Road, Ding Mao Jing Ji<br>Kai Fa, Zhen Jiang City, Jiangsu<br>CHINA | Jiangsu Qiao Yue Shu Ma You Xian<br>#1, Jing Jiu Road, Ding Mao Jing Ji<br>Kai Fa, Zhen Jiang City, Jiangsu<br>CHINA | Services and/or Goods | Disputed | Unknown |
| MPEG LA<br>6312 S Fiddlers Green Circle<br>Suite 400E<br>Greenwood Village, CO 80111 | MPEG LA<br>6312 S Fiddlers Green Circle<br>Suite 400E<br>Greenwood Village, CO 80111 | Licensing Fees | Disputed | Unknown |
| Sichuan Changhong Electric Co., Ltd<br>35 East Mianxing Rd, High Tech Park<br>Mianyang, Sichuan Province<br>CHINA | Sichuan Changhong Electric Co., Ltd<br>35 East Mianxing Rd, High Tech Park<br>Mianyang, Sichuan Province<br>CHINA | Services and/or Goods | | Unknown |
| Vizio<br>39 Tesla<br>Irvine, CA 92618 | Vizio<br>39 Tesla<br>Irvine, CA 92618 | Licensing Fees | Disputed | Unknown |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re   **Apex Digital, Inc.**
_____
Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **8-16-2010**            Signature    _____
                                              David Ji
                                              **President and Chief Executive Officer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
Central District of California

In re    Apex Digital, Inc.

Debtor

Case No. _____

Chapter _____11_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Belgate Import and Export Limited<br>RM 1204, 12/F<br>Shanghai Industrial Bldg., Wanchai<br>CHINA | | 20,000 (20%) | Shares |
| David Ji<br>301 Brea Canyon Road<br>Walnut, CA 91789 | | 52,000 (52%) | Shares |
| United Delta, Inc.<br>301 Brea Canyon Road<br>Walnut, CA 91789 | | 28,000 (28%) | Shares |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    8-16-2010

Signature /s/ David Ji
David Ji
**President and Chief Executive Officer**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Juliet Y. Oh<br>10250 Constellation Blvd.<br>Suite 1700<br>Los Angeles, CA 90067<br><br>California State Bar Number: 211414<br><br>*Attorney for Debtor* | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Apex Digital, Inc.<br><br>Debtor(s),<br>Plaintiff(s),<br>Defendant(s). | CASE NO.:<br>ADV. NO.:<br>CHAPTER:   11 |
|---|---|

## Corporate Ownership Statement Pursuant to
### F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __David Ji_____ , the undersigned in the above-captioned case, hereby declare
       (Print Name of Attorney or Declarant)

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the debtor corporation

2.a. ☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's equity interests:

    Belgate Import and Export Limited (20%)

    United Delta, Inc. (28%)

b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____    _8-16-2010_____
Signature of Attorney or Declarant                    Date

**David Ji, President and Chief Executive Officer of Debtor**
Printed Name of Attorney or Declarant

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)*<br><br>**Juliet Y. Oh**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br><br>CA State Bar Number: 211414 | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>**Apex Digital, Inc.**<br><br>Debtor. | CHAPTER 11<br>CASE NUMBER _____<br><br>(No Hearing Required) |

# VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*:
   301 Brea Canyon Road
   Walnut, California 91789

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:
   301 Brea Canyon Road
   Walnut, California 91789

3. Disclose the current business address(es) for all corporate officers:
   301 Brea Canyon Road
   Walnut, California 91789

4. Disclose the current business address(es) where the Debtor's books and records are located:
   301 Brea Canyon Road

   Walnut, California 91789

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:
   301 Brea Canyon Road
   Walnut, California 91789

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):
   None

*Rev. 12/99*  This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **VEN-C**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

| Venue Disclosure Form for Corporations Filing Chapter 11 - Page 2 | | **VEN-C** |
|---|---|---|
| In re<br>**Apex Digital, Inc.**<br>Debtor. | CHAPTER 11<br>CASE NUMBER | |

7. State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*:
    **David Ji, Sole Shareholder, President and Chief Executive Officer**

8. Total number of attached pages of supporting documentation: 0

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on __August 16__, 2010, at __Walnut__, California.

**David Ji**
*Type Name of Officer*

**President and Chief Executive Officer**
*Position or Title of Officer*

_____
*Signature of Declarant*

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   **None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at __Walnut__, California.   /s/ David Ji
Dated __8-16-2010__                    David Ji
                                       *Debtor*

                                       _____
                                       *Joint Debtor*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                        F 1015-2.1

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                Best Case Bankruptcy

Verification of Creditor Mailing List - (Rev. 10/05)                                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name      Juliet Y. Oh 211414

Address   10250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067

Telephone _____

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 6 years: | Case No.: |
|---|---|
| Apex Digital, Inc.<br>AW XEPA Technologies Inc.; AW Apex R & D Shangai; AW E2Go; AW Entertainment to Go; AW Apex | Chapter:  11 |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __5__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: 8-16-2010          /s/ David Ji
                          David Ji/President and Chief Executive Officer
                          Signer/Title

Date: 8-16-2010          /s/ Juliet Y. Oh
                          Signature of Attorney
                          Juliet Y. Oh 211414
                          Levene, Neale, Bender, Yoo & Brill LLP
                          10250 Constellation Blvd.
                          Suite 1700
                          Los Angeles, CA 90067

```
Apex Digital, Inc.
301 Brea Canyon Road
Walnut, CA 91789


Juliet Y. Oh
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


U.S. Trustee
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017


Apex Digital Inc. Ltd.
Unit 37031, 37/F West Tower Shun
Tak Centre 168-200 Connaught Rd Cen
HONG KONG


Covington & Burling LLP
1201 Pennsylvania Ave. N.W.
Washington, DC 20004-2401


Disco Vision
2265 East 220th Street
Long Beach, CA 90810


Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Franchise Tax Board
Attention: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952
```

```
Funai
7-1, 7-Chome, Nakagaito
Daito, Osaka 574-0013
JAPAN


G & J Express Transport, Inc
9121 Blackley Street
Temple City, CA 91780


HSBC Limited
8/F HSBC TST Bldg., 82-24 Nathan Rd
Tsimshatsu, Kowloon
HONG KONG


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Jiangsu Hongtu High Tech Co Ltd
83 Hu Bei Road
Nanijing P.R., Post Code 210009
CHINA


Jiangsu Qiao Yue Shu Ma You Xian
#1, Jing Jiu Road, Ding Mao Jing Ji
Kai Fa, Zhen Jiang City, Jiangsu
CHINA


Kith Electronics Limited
1/F Hing Lung Commerical Building
68 Bonham Stand East, Hong Kong
CHINA


Koninklijke Philips Electronics
1251 Avenue of the Americas
New York, NY 10020
```

```
LA County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110


Michael H. Steinbuerg, Esq.
Sullivan & Cromwell LLP
1888 Century Park East, Suite 2100
Los Angeles, CA 90067


MPEG LA
6312 S Fiddlers Green Circle
Suite 400E
Greenwood Village, CO 80111


Oracle Corporation
500 Oracle Parkway
Redwood City, CA 94065


Regent USA Inc
1208 John Reed Court
City of Industry, CA 91745


Shanghai World Trade Dev. Co., LTD
Unit 118, Suite 1016, Xin Ling Road
Wai Gao Qiao Bao Shui, Shanghai
CHINA


Sichuan Changhong Electric Co., Ltd
35 East Mianxing Rd, High Tech Park
Mianyang, Sichuan Province
CHINA


State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-0001
```

The CIT Group/Commercial Services
300 South Grand Avenue
Los Angeles, CA 90071


Thomson Licensing LLC
Two Independence Way
Princeton, NJ 08540


Thomson Multimedia
46, Quai Alphonse Le Gallo
Boulogne
FRANCE 92468


Vizio
39 Tesla
Irvine, CA 92618


Wells Fargo Trade Capital, LLC
333 South Grand Avenue, Suite 4150
Los Angeles, CA 90071


Wi-Lan V-Chip Corp.
41 Pullman Court
Toronto, Ontario
CANADA


Wintek Group, Inc.
13418 Wandering Ridge Way
Chino Hills, CA 91709