RON BENDER (SBN 143364)
*rb@lnbyb.com*
PHILIP A. GASTEIER (SBN 130043)
*pag@lnbyb.com*
JULIET Y. OH (SBN 211414)
*jyo@lnbyb.com*
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244

Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>APEX DIGITAL, INC., a California corporation,<br><br>　　　　　Debtor. | Case No. 2:10-bk-44406-SB<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON DEBTOR'S EMERGENCY "FIRST DAY" MOTIONS**<br><br>DATE:　　August 23, 2010<br>TIME:　　1:30 p.m.<br>PLACE:　Courtroom "1539"<br>　　　　　255 E. Temple Street<br>　　　　　Los Angeles, California |

**TO THE OFFICE OF THE UNITED STATES TRUSTEE, ALL SECURED CREDITORS AND THEIR COUNSEL (IF KNOWN), TWENTY LARGEST UNSECURED CREDITORS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that, on August 23, 2010 at 1:30 p.m., the Honorable Peter H. Carroll, United States Bankruptcy Judge for the Central District of California, will consider

1

the following emergency "first day" motions (collectively, the "Motions") filed by Apex Digital, Inc., a California corporation (the "Debtor"), debtor and debtor in possession in the above-captioned Chapter 11 bankruptcy case:

1) DEBTOR'S EMERGENCY MOTION FOR USE OF CASH COLLATERAL ON AN INTERIM BASIS PENDING A FINAL HEARING;

2) DEBTOR'S EMERGENCY MOTION FOR AUTHORITY TO (1) PAY PRE-PETITION PRIORITY WAGES; AND (2) HONOR EMPLOYMENT AND BENEFIT POLICIES;

3) DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO PROVIDE ADEQUATE ASSURANCE OF FUTURE PAYMENT TO UTILITY COMPANIES PURSUANT TO 11 U.S.C. § 366 (the "Utility Motion"); and

4) DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO HONOR PRE-PETITION OBLIGATIONS TO CUSTOMERS AND TO CONTINUE CUSTOMER PROGRAMS.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9075-1(a)(5), on August 18, 2010, copies of the Motions, together with all papers filed in support thereof, were served, via overnight mail (for receipt on Thursday, August 19, 2010), upon the Office of the United States Trustee, the Debtor's secured creditors and their counsel (if known), the Debtor's twenty largest unsecured creditors, parties affected by the respective Motions, and other parties in interest.  The Utility Motion was also served via overnight mail upon each of the utility companies with which the Debtor maintained a prepetition account.  This Notice of the hearings on the Motions was also served on August 18, 2010, via electronic mail and/or overnight mail (for receipt on Thursday, August 19, 2010), upon the foregoing parties.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to obtain additional copies of the Motions should contact proposed counsel for the Debtor at the address set forth in the upper left-hand corner of this Notice.

1     **PLEASE TAKE FURTHER NOTICE** that any party wishing to object or be heard with respect to any of the foregoing Motions must appear at the hearing.

Dated:  August 18, 2010                 APEX DIGITAL, INC., a California corporation

                                                 By:   /s/ *Juliet Y. Oh*
                                                             RON BENDER
                                                             PHILIP A. GASTEIER
                                                            JULIET Y. OH
                                                             LEVENE, NEALE, BENDER,
                                                                  YOO & BRILL L.L.P.
                                                             Proposed Attorneys for Chapter 11
                                                             Debtor and Debtor in Possession

| In re: | CHAPTER 11 |
|---|---|
| APEX DIGITAL, INC., | |
| Debtor(s). | CASE NO. 2:10-bk-44406-SB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067.

A true and correct copy of the foregoing document described as: **NOTICE OF HEARING ON DEBTOR'S EMERGENCY "FIRST DAY" MOTIONS,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 18, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Service information on attached page  [X]

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL OR ATTORNEY SERVICE:** On **August 18, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service and/or by attorney service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*BY OVERNITE EXPRESS*
Hon. Peter H. Carroll
U. S. Bankruptcy Court/Los Angeles Div.
Edward R. Roybal Fed. Bldg. & Courthouse
255 E. Temple Street, Suite 1539
Los Angeles, CA  90012

Service information on attached page  [X]

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Service information on attached page  [ ]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 18, 2010 | TRISH MELENDEZ | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Juliet Y Oh on behalf of Debtor Apex Digital, Inc.
jyo@lnbrb.com, jyo@lnbrb.com

David B Shemano on behalf of Interested Party Courtesy NEF
dshemano@pwkllp.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL**

[SEE ATTACHED SERVICE LISTS]

| | | |
|---|---|---|
| The CIT Group/Commercial Services<br>300 South Grand Avenue<br>Los Angeles, CA 90071 | Wells Fargo Trade Capital, LLC<br>333 South Grand Avenue, Suite 4150<br>Los Angeles, CA 90071 | Alan S. Gutman, Esq.<br>9401 Wilshire Blvd., Suite 575<br>Beverly Hills, CA 90212 |
| Kith Electronics Limited<br>1/F Hing Lung Commerical Building<br>68 Bonham Stand East, Hong Kong<br>CHINA | MPEG LA<br>6312 S Fiddlers Green Circle<br>Suite 400E<br>Greenwood Village, CO 80111 | Counsel for MPEG LA<br>Michael H. Steinbuerg, Esq.<br>Sullivan & Cromwell LLP<br>1888 Century Park East, Suite 2100<br>Los Angeles, CA 90067 |

Apex Digital, Inc.
20 Largest
4722

Covington & Burling LLP
1201 Pennsylvania Ave. N.W.
Washington, DC 20004-2401

Regent USA Inc
1208 John Reed Court
City of Industry, CA 91745

Koninklijke Philips Electronics
1251 Avenue of the Americas
New York, NY 10020

Wintek Group, Inc.
13418 Wandering Ridge Way
Chino Hills, CA 91709

G & J Express Transport, Inc
9121 Blackley Street
Temple City, CA 91780

Disco Vision
2265 East 220th Street
Long Beach, CA 90810

Oracle Corporation
500 Oracle Parkway
Redwood City, CA 94065

MPEG LA
6312 S Fiddlers Green Circle
Suite 400E
Greenwood Village, CO 80111

Vizio
39 Tesla
Irvine, CA 92618

Jiangsu Qiao Yue Shu Ma You Xian
#1, Jing Jiu Road, Ding Mao Jing Ji
Kai Fa, Zhen Jiang City, Jiangsu
**CHINA**

Funai
7-1, 7-Chome, Nakagaito
Daito, Osaka 574-0013
**JAPAN**

Jiangsu Hongtu High Tech Co Ltd
83 Hu Bei Road
Nanijing P.R., Post Code 210009
**CHINA**

Shanghai World Trade Dev. Co., LTD
Unit 118, Suite 1016, Xin Ling Road
Wai Gao Qiao Bao Shui, Shanghai
**CHINA**

Wi-Lan V-Chip Corp.
41 Pullman Court
Toronto, Ontario
**CANADA**

Thomson Multimedia
46, Quai Alphonse Le Gallo
Boulogne
**FRANCE   92468**

Sichuan Digital Telemedia Co. Ltd.
Jiuzhopu Electric Bldg., 6th Floor
High-Tech Park, Nanshan, Shenzhen
**CHINA**

Apex Digital Inc. Ltd.
Unit 37031, 37/F West Tower Shun
Tak Centre 168-200 Connaught Rd Cen
**HONG KONG**

Apex Digital, Inc.
Utilities List
4722

E&E Electronic Engineering
4978 Santa Anita Ave.,
Temple City, CA 91780

Dish Networks
Dept 0063
Palatine, IL 60055-0063

DirectTv
PO Box 60036
Los Angeles, CA 90060-0036

Commerce Technologies
255 Fuller Road
Albany, NY 12203

EastLink
6025 The Corners Parkway
Suite 100
Norcross, GA 30092

SPS Commerce
VB Box 3, PO Box 9202
Minneapolis, MN 55480-9202

Sterling Commerce
PO Box 73199
Chicago, IL 60673

Verizon
PO Box 920041
Dallas, TX 75392-0041

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

Telepacific
PO Box 526015
Sacramento, CA 95852-6015

Project Insight
17320 Red Hill Ave
Suite 270
Irvine, CA 92614

Verizon California
PO Box 920041
Dallas, TX 75392-0041

Websitedynamics.com
PO Box 12043, Room 1605
555 West Hastings Street
Vancouver BC V6B 4N4
CANADA

LA Link Networks
2530 Greenfield Ave
Arcadia, CA 91006