Verification of Creditor Mailing List - (Rev. 10/05)                                   2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name       Juliet Y. Oh 211414

Address    10250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067

Telephone  _____

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| List all names including trade names used by Debtor(s) within last 8 years: Apex Digital, Inc. AW XEPA Technologies Inc.; AW Apex R & D Shangai; AW E2Go; AW Entertainment to Go; AW Apex | Case No.: 2:10-bk-44406-PC |
|---|---|
| | Chapter: 11 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __15__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   August 31, 2010            /s/ David Ji
                                   **David Ji/President and Chief Executive Officer**
                                   Signer/Title

Date:   August 31, 2010            /s/ Juliet Y Oh
                                   Signature of Attorney
                                   **Juliet Y. Oh 211414**
                                   **Levene, Neale, Bender, Yoo & Brill LLP**
                                   **10250 Constellation Blvd.**
                                   **Suite 1700**
                                   **Los Angeles, CA 90067**

Apex Digital, Inc.
301 Brea Canyon Road
Walnut, CA 91789


Juliet Y. Oh
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


U.S. Trustee
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017


ADP
P.O. Box 78415
Phoenix, AZ 85062


Alliacense
20883 Stevens Creek Blvd., Ste. 100
Cupertino, CA 95014


AMAZ
22 Duane
Irvine, CA 92620


American Express
P.O. Box 0001
Los Angeles, CA 90096-8000


Anhui Whywin Int'l Co., Ltd.
5/F Publication & Media Plaza
No. 1118 Shengquan Road
Anhui Province, PR China PC230071

Apex Digital Inc. Ltd.
Unit 37031, 37/F West Tower Shun
Tak Centre 168-200 Connaught Rd Cen
HONG KONG


Arcsoft
46601 Fremont Blvd.
Fremont, CA 94538


Armed Services Sales
1817 Canyon Court
Allen, TX 75013


Best Buy
PO Box 9331
Minneapolis, MN 55440


Blue Shield of California
File 55331
Los Angeles, CA 90074


Bureau Veritas Hong Kong Limited
1/F Pacific Trade Centre
2 Kai Hing Road
Kowloon, Hong Kong


China Data Broadcasting Holding
Unit 3701, 37/F, West Tower, Shan
Take, Centre 168-200 Connaught Rd.
Central, Hong Kong


Clean Sweep Supply Co., Inc.
7171 Telegraph Road
Montebello, CA 90640

Command Freight
3555 Harbor Gateway S. #C1
Costa Mesa, CA 92626


Commerce Technologies
255 Fuller Road, Suite 327
Albany, NY 12203


Commerce Technologies
255 Fuller Road, Ste. 327
Albany, NY 12203


Covington & Burling LLP
1201 Pennsylvania Ave. N.W.
Washington, DC 20004-2401


CT Dept of Environmental Protection
79 Elm Street
Hartford, CT 06106


Current Sales/Chris Tec Marketing
30700 Bainbridge Rd., Suite J
Solon, OH 44139


Current Sales/Chris-Tec Marketing
30700 Bainbridge Road
Solon, OH 44139


David Ji
301 Brea Canyon Road
Walnut, CA 91789

Dept of Environmental Protection
Natural Resources Service Center
155 State House Station
Augusta, ME 04333


DesignBLOT
3801 Wintergreen Drive
Plano, TX 75074


Digital Choice of Texas LLC
1701 N Market Street, Ste. 330
Dallas, TX 75202


Digital Content Protection, LLC
3855 SW 153rd Drive
Beaverton, OR 97006


DirectTV
PO Box 60036
Los Angeles, CA 90060


Disco Vision
2265 East 220th Street
Long Beach, CA 90810


DivX, Inc.
4780 Eastgate Mall
San Diego, CA 92121


Dolby Laboratories Licensing
100 Potrero Ave.
San Francisco, CA 94103

DTS
5171 Clareton Drive
Agoura Hills, CA 91301


E E Electronic Engineering Research
4978 Santa Anita Ave
Temple City, CA 91780


E-Waste Manufacture Registration
Attn: Dana Lawson
401 E, State St., 2nd fl. West Wing
Trenton, NJ 08625


EBM, Inc.
3200 Wilshire Blvd. Ste 1600
South Tower
Los Angeles, CA 90010


Edgewood Partners Insurance
1801 West Olympic Blvd.
File Number 1366
Pasadena, CA 91199


Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Eugene M Cummings P.C. Client Trust
For the Benefit of Nissim Corp.
One North Wacker Drive, Ste. 4130
Chicago, IL 60606


Euler Hermes ACI
800 Red Brook Blvd
Owings Mills, MD 21117

EWI, Inc.
11099 S. La Cienega Blvd
Ste. 175
Los Angeles, CA 90045


Excel Marketing
4570 Ivy Street
Denver, CO 80216


Excel Marketing
4570 Ivy Street., #B20
Denver, CO 80216


FedEx
PO Box 7221
Pasadena, CA 91109


FedEx Freight
Dept LA PO Box 21415
Pasadena, CA 91185


FedEx National LTL
PO Box 95001
Lakeland, FL 33804


Franchise Tax Board
Attention: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952


Funai
7-1, 7-Chome, Nakagaito
Daito, Osaka 574-0013
JAPAN

G & J Express Transport, Inc
9121 Blackley Street
Temple City, CA 91780


GE Capital
POB 31001-0271
Pasadena, CA 91110-0271


Global Parcel Service
15237 Proctor Ave
City of Industry, CA 91745


Goodbay Technologies
3420 N. Elston Ave., Ste. 1
Chicago, IL 60618


Guardian Media Technologies, Ltd.
3801 N. Capital of Texas Hwy
Austin, TX 78746


Gurus2go
2424 W. Desert Cove Ave.
Phoenix, AZ 85029


Hawaii Dept. of Health
Solid & Hazardous Waste Branch
919 Ala Moana Blvd., Room 212
Honolulu, HI 96814


HDMI Licensing, LLC
1060 E. Arques Ave., Ste. 100
Sunnyvale, CA 94085

Hisense USA Corp.
1172 Satellite Blvd. NW
Attn: Director of Sales & Marketing
Suwanee, GA 30024


Hitachi, LTD
1900 K Street, N.W. Suite 800
Washington, DC 20006


HSBC Limited
8/F HSBC TST Bldg., 82-24 Nathan Rd
Tsimshatsu, Kowloon
HONG KONG


IL Environmental Protection Agency
Electronics Recycling Fund
1021 N. Grand Ave. East
Springfield, IL 62794


IN Dept of Environmental Management
100 North Senate Ave,
IGS W041 MC 64-02
Indianapolis, IN 46204


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


J.B. Hunt Transport, Inc.
File 98545
Los Angeles, CA 90074


Jerry Wang
18426 Stonegate Lane
Rowland Heights, CA 91748

Jiangsu Hongtu High Tech Co Ltd
83 Hu Bei Road
Nanijing P.R., Post Code 210009
CHINA


Jiangsu Qiao Yue Shu Ma You Xian
#1, Jing Jiu Road, Ding Mao Jing Ji
Kai Fa, Zhen Jiang City, Jiangsu
CHINA


Jingwah Digital Int'l, LTD.
Unit 2111, 21/Fl., Technology Park
18 On Lai St., Siu Lek Yuen,
Shatin, N.T. Hong Kong


K.W. Global, Inc.
293 Brea Canyon Road
Walnut, CA 91789


Kenmos Technology, Co., Ltd
Non,Nak-ke 1st Rd. TainanSchience
Industrial Park, Tainan
Taiwan


Kith Electronics Limited
1/F Hing Lung Commerical Building
68 Bonham Stand East, Hong Kong
CHINA


Kyocera Mita Direct Sales
14101 Alton Parkway
Irvine, CA 92618


LA County Treasurer & Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street
Los Angeles, CA 90012


Los Angeles Superior Transportation
PO BOX 93007
City of Industry, CA 91715


Macrovision Corporation
Dept. No. 05240
PO Box 39000
San Francisco, CA 94139


MD Dept of the Environment
Land Management Administration
PO Box 1417
Baltimore, MD 21203


Metlife Small Business Center
PO Box 804466
Kansas City, MO 64180


MI Dept. of Environmental Quality
Office of Financial Management
PO Box 30657
Lansing, MI 48909


Michael H. Steinbuerg, Esq.
Sullivan & Cromwell LLP
1888 Century Park East, Suite 2100
Los Angeles, CA 90067


Microsoft Licensing, GP
6100 Neil Road
Reno, NV 89511

Microsoft Licsensing, GP
6100 Neil Road
Reno, NV 89511


Minnestoa Revenue
Mail Station 3331
Saint Paul, MN 55146


MPEG LA
6312 S Fiddlers Green Circle
Suite 400E
Greenwood Village, CO 80111


Netflix, Inc.
100 Winchester Circle
Los Gatos, CA 95032


OR Dept of Environmental Qualiy
Attention: Business Office
811 SW Sixth Ave
Portland, OR 97204


Oracle Corporation
500 Oracle Parkway
Redwood City, CA 94065


Oracle Corporation
500 Oracle Parkway
Redwood Shores, CA 94065


Oracle USA, Inc.
500 Oracle Parkway
Redwood Shores, CA 94065

Philips Intellectual Property
& Standards
9229 Sunset Blvd, Ste. 425
West Hollywood, CA 90069


Preferred Marketing Group
4963 Bacopa Lane South, Suite 605
Saint Petersburg, FL 33715


Qiaohua  Hong Kong  Holding, Ltd.
Suite B., 12/F Ritz Plaza
122 Austin Road, TST
Kowloon, Hong Kong


QiaoHua  Hong Kongg  Holding Ltd.
Suite B 12/F, Ritz Plaza
122 Austin Road TST
Kowloon, Hong Kong


RI Dept of Environmental Management
Office of Management Services
235 Promenade Street
Providence, RI 02908


Royal Sales, Inc.
22900 Ventura Blvd.
Woodland Hills, CA 91364


Royal West Sales, Inc.
23945 Calabasas Rd., Suite 208
Agoura Hills, CA 91301


Select Representatives
711 Ginesi Drive
Morganville, NJ 07751

Select Reps.
711 Ginesi Dr.
Morganville, NJ 07751


Shanghai World Trade Dev. Co., LTD
Unit 118, Suite 1016, Xin Ling Road
Wai Gao Qiao Bao Shui, Shanghai
CHINA


Sichuan Changhong Electric Co., Ltd
35 East Mianxing Rd, High Tech Park
Mianyang, Sichuan Province
CHINA


SRS Labs, Inc.
2909 Daimler Street
Attention: Legal Dept.
Santa Ana, CA 92705


Staples Credit Plan
Dept. 51- 7810743780
PO Box 689020
Des Moines, IA 50368


State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-0001


Sterling Commerce
PO Box 73199
Chicago, IL 60673


Sunrise Shuttle
1461 S. Eagle Park Rod. # 191
Hacienda Heights, CA 91745

Super Talent Technology Corp.
2077 North Capitol Ave.
San Jose, CA 95132


Technology Company, Inc.
33 1/2 Los Pinos Nicasio
Nicasio, CA 94946


Technology Licensing Company
33 1/2 Los Pinos
Nicasio, CA 94946


Technology Resource Group,
International, LLC
3033 Excelsior Blvd, Suite 200
Minneapolis, MN 55416


The CIT Group/Commercial Services
300 South Grand Avenue
Los Angeles, CA 90071


The Coleman Company, Inc.
3600 N. Hydraulic
Attn: Jason McClintock
Wichita, KS 67219


Thomson Licensing LLC
Two Independence Way
Princeton, NJ 08540


Thomson Multimedia
46, Quai Alphonse Le Gallo
Boulogne
FRANCE 92468

Thomson West
PO Box 6292
Carol Stream, IL 60197


Tianjin Duty Technology Trade Co.
1-302 Da An Cui Wei Yuan
Shui Shang
Nanka Distr, Tianjin


Tongmao


Tongomao Co., Ltd.
Shanghai Import & Export
11F No 418 HE YI Mansion Jiangning
Shanghai PR China


Topland Trucking, Inc.
2525 Workman Mill Rd.
City of Industry, CA 90601


Trans Wagon Int'l USA Co., Ltd.
20265 Valley Blvd., #C
Walnut, CA 91789


TRG of Minnesota, Inc.
3033 Excelsior Blvd., Suite 200
Minneapolis, MN 55416


Ultimate Internet Access, Inc.
4120 Jurupa Street, Suite 212
Ontario, CA 91761

UPS
PO BOx 894820
Los Angeles, CA 90189


UPS Supply Chain Solutions
28013 Network Place
Chicago, IL 60673


Venture Network
PO Box 532
Hinsdale, IL 60521


Verismo Networks
1451 Grant Road #200
Mountain View, CA 94040


Verizon
PS Box 920041
Dallas, TX 75392


Verizon
PO Box 920041
Dallas, TX 75392


Vizio
39 Tesla
Irvine, CA 92618


Wells Fargo Trade Capital, LLC
333 South Grand Avenue, Suite 4150
Los Angeles, CA 90071

WI Dept of Natural Resources
DNR Bureau of Waste & Martials
PO Box 7921 WA/5
Madison, WI 53707


Wi-Lan V-Chip Corp.
11 Holland Avenue, Suite 608
Attn: Prashant R. Watchmaker
Ottawa, ON K1Y 4S1 CANADA


Wi-Lan, Inc.
11 Holland Avenue, Suite 608
Ottawa, ON K1Y 4S1 CANADA


Wintek Group, Inc.
13418 Wandering Ridge Way
Chino Hills, CA 91709


WMMFA
PO Box 779
Woodland, WA 98674


Yahoo, Inc.
701 First Ave.
Sunnyvale, CA 94089


Zoran Corporation
1390 Kifer Road
Sunnyvale, CA 94086