PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL STURTEVANT SBN 089395
ASSISTANT UNITED STATES TRUSTEE
RUSSELL CLEMENTSON, SBN 143284
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017
Telephone: (213) 894-4505; Facsimile: (213) 894-2603
E-mail: russell.clementson@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re:                                )   Chapter 11
                                      )
                                      )   Case No. 2:10-bk-44406-PC
APEX DIGITAL, INC.                    )
                                      )
                                      )   NOTICE OF APPOINTMENT AND
                                      )   APPOINTMENT OF COMMITTEE OF
              Debtor.                 )   CREDITORS HOLDING UNSECURED
                                      )   CLAIMS
                                      )
                                      )   (No Hearing Required)
                                      )

    Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following three (3) Creditors to serve on the Committee of Creditors holding unsecured claims:

SEE EXHIBIT A ATTACHED

Dated: 9/14/10

PETER C. ANDERSON
United States Trustee

By /s/ Jill M. Sturtevant
    Jill M. Sturtevant
    Assistant United States Trustee

# Exhibit "A"

# Exhibit "A"

| | |
|---|---|
| 1 | EXHIBIT A |
| 2 | In re: APEX DIGITAL, INC.; 2:10-bk-44406-PC |
| 3 | Jiangsu Hongtu High Tech Co., Ltd. |
| | c/o Law Offices of Alan S. Gutman |
| 4 | 9401 Wilshire Blvd., Suite 575 |
| | Beverly Hills, CA 90212 |
| 5 | Telephone: (310) 385-0700 |
| | Facsimile: (310) 385-0710 |
| 6 | E-mail: alangutman@gutmanlaw.com |
| 7 | MPEG, LA, L.L.C. |
| | c/o Michael H. Steinberg, Esq. |
| 8 | Sullivan & Cromwell LLP |
| | 1888 Century Park East, Suite 2100 |
| 9 | Los Angeles, CA 90067 |
| | Telephone: (310) 712-6670 |
| 10 | Facsimile: (310) 407-2674 |
| | E-mail: steinbergm@sullcrom.com |
| 11 | |
| | Wi-Lan, Inc. |
| 12 | Attn: Prashant Watchmaker, Assistant General Counsel |
| | 11 Holland Ave., Suite 608 |
| 13 | Ontario, Kiyiwi, CANADA |
| | Telephone: (613) 688-4331 |
| 14 | Facsimile: (613) 688-4894 |
| | E-mail: pwatchmaker@wilan.com |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | /// |
| 27 | /// |
| 28 | |

2

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

A true and correct copy of the foregoing document described as: **NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** will be served or was served **(a)** on the Judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 14 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **September 14, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 14, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed. **Upon filing I will be giving a field document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 14, 2010 | Carol Fusilier | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F.9013-3.1.PROOF.OF.SERVICE**

## ADDITIONAL SERVICE INFORMATION

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| Name | Capacity | Email Address |
|---|---|---|
| Russell Clementson | Attorney | russell.clementson@usdoj.gov |
| Philip A Gasteier | | pag@lnbrb.com |
| Juliet Y Oh | | jyo@lnbrb.com |
| John W Kim | | jkim@nossaman.com |
| Kathy Bazoian Phelps | | kphelps@dgdk.com |
| David B Shemano | | dshemano@pwkllp.com |
| Robert M Saunders | | rsaunders@pszjlaw.com |
| George E Schulman | | GSchulman@DGDK.Com |

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

**Debtor:**
Apex Digital, Inc.
301 Brea Canyon Road
Walnut, CA 91789

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:**

The Honorable Peter Carroll
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Bin Outside of Suite 1539
Los Angeles, CA 90012-3332

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F.9013-3.1.PROOF.OF.SERVICE**

4