Verification of Creditor Mailing List - (Rev. 10/05)                                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name      Juliet Y. Oh 211414

Address   10250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067

Telephone

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

| | **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>**Apex Digital, Inc.**<br>AW XEPA Technologies Inc.; AW Apex R & D Shangai; AW E2Go; AW Entertainment to Go; AW Apex | Case No.: | 2:10-bk-44406-PC |
| | Chapter: | 11 |
| | | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Mailing List of creditors reflecting the new creditors from Amended Schedule F, consisting of __2__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   September 15, 2010         /s/ David Ji
                                    **David Ji/President and Chief Executive Officer**
                                    Signer/Title

Date:   September 15, 2010         /s/ Juliet Y Oh
                                    Signature of Attorney
                                    **Juliet Y. Oh 211414**
                                    **Levene, Neale, Bender, Yoo & Brill LLP**
                                    **10250 Constellation Blvd.**
                                    **Suite 1700**
                                    **Los Angeles, CA 90067**

EasyLink
6025 The Corners Parkway
Suite 100
Norcross, GA 30092

eWaste Recycling Solutions
PO Box 576
Brunswick, ME 04011

Excel Marketing
4570 Ivy Street
Suite # B-200
Denver, CO 80216

Illinois Environmental Protection Agency
1021 N. Grand Ave. East
Springfield, IL 62794

John Hancock Life Insurance Company
PO Box 894109
Los Angeles, CA 90189

KW Global, Inc.
293 Brea Canyon Road
Walnut, CA 91789

LA Link Network LLC
2530 Greenfield Ave.
Arcadia, CA 91006

Minnesota Revenue
Mail Station 3331
St. Paul, MN 55146

Paypal, Inc.
4100 Solutions Center
#774100
Chicago, IL 60677

SPS Commerce
VB Box 3
PO Box 9202
Minneapolis, MN 55480

State of Michigan
Michigan Dept of Environmental Quality,
Office of Financial Management,
Revenue Control/Cashier's Office,
P.O. Box 30657
Lansing, MI 48909


Telepacific
PO Box 526015
Sacramento, CA 95852

Universal Recycling Technologies, LLC
61 Industrial Park Drive
Dover, NH 03820