UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 2:10-bk-44406-PC |
| | ) | |
| APEX DIGITAL, INC., | ) | Chapter 11 |
| | ) | |
| Debtor and Debtor in Possession. | ) | |
| | ) | |
| | ) | |
| | ) | |

## AMENDED SCHEDULES

Indicate which schedule is being amended.  Schedules "D" thru "F" requires $20.00 fee plus addendum mailing list attached if adding to creditor list.

____A,  ____B,  ____C,  __D,  ____E,  _X_F,  ___G,  ___H,  ___I,  ____J,

_____ Statement of Affairs  _____Statement of Intentions  _____ Other

I, David Ji, the person(s) who subscribed to the foregoing Amended Schedule do hereby declare under penalty of perjury that the foregoing is true and correct.

Dated:_____

_____
Debtor Signature

_____
Co-Debtor Signature

**FOR COURT USE ONLY**

B6F (Official Form 6F) (12/07)

In re   **Apex Digital, Inc.**                                                    Case No.   **2:10-bk-44406-PC**
                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **00248-A08705** | | | **Payroll Services** | | | | |
| **ADP** P.O. Box 78415 Phoenix, AZ 85062 | | - | | | | | 191.85 |
| Account No. **00070-E85280** | | | **Timecard** | | | | |
| **ADP** P.O. Box 78415 Phoenix, AZ 85062 | | - | | | | | 62.53 |
| Account No. | | | **Alleged DVD royalties** | | | | |
| **Alliacense** 20883 Stevens Creek Blvd., Ste. 100 Cupertino, CA 95014 | | - | | | | X | Unknown |
| Account No. | | | | | | | |
| **AMAZ** 22 Duane Irvine, CA 92620 | | - | | | | | 312.50 |
| **20**  continuation sheets attached | | | | Subtotal (Total of this page) | | | 566.88 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Apex Digital, Inc.**                                              Case No.    **2:10-bk-44406-PC**
_____
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 3715-530811-82007 | | | | | | | | |
| American Express P.O. Box 0001 Los Angeles, CA 90096-8000 | - | | | | | | | 37,900.92 |
| Account No. | | | | Services and/or Goods | | | | |
| Apex Digital Inc. Ltd. Unit 37031, 37/F West Tower Shun Tak Centre 168-200 Connaught Rd Cen HONG KONG | - | | | | | | | 8,366.23 |
| Account No. | | | | | | | | |
| Arcsoft 46601 Fremont Blvd. Fremont, CA 94538 | - | | | | | | | Unknown |
| Account No. 4380237 | | | | | | | | |
| Blue Shield of California File 55331 Los Angeles, CA 90074 | - | | | | | | | 537.54 |
| Account No. 101979 | | | | | | | | |
| Bureau Veritas Hong Kong Limited 1/F Pacific Trade Centre 2 Kai Hing Road Kowloon, Hong Kong | - | | | | | | | 912.43 |

Sheet no. __1__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    47,717.12

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Apex Digital, Inc.**                                                                     Case No.    **2:10-bk-44406-PC**
_____,
Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| **China Data Broadcasting Holding Unit 3701, 37/F, West Tower, Shan Take, Centre 168-200 Connaught Rd. Central, Hong Kong** | | - | | | | | | Unknown |
| **Account No. 95340** | | | | | | | | |
| **Clean Sweep Supply Co., Inc. 7171 Telegraph Road Montebello, CA 90640** | | - | | | | | | 69.14 |
| **Account No. 10104** | | | | | | | | |
| **Command Freight 3555 Harbor Gateway S. #C1 Costa Mesa, CA 92626** | | - | | | | | | 550.00 |
| **Account No.** | | | | **Services** | | | | |
| **Covington & Burling LLP 1201 Pennsylvania Ave. N.W. Washington, DC 20004-2401** | | - | | | | | | 2,471.76 |
| **Account No.** | | | | | | | | |
| **CT Dept of Environmental Protection 79 Elm Street Hartford, CT 06106** | | - | | | | | | Unknown |

Sheet no. __2__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    3,090.90

B6F (Official Form 6F) (12/07) - Cont.

In re   **Apex Digital, Inc.**                                              Case No.   **2:10-bk-44406-PC**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Current Sales/Chris Tec Marketing** 30700 Bainbridge Rd., Suite J Solon, OH 44139 | | - | | | | | 240.00 |
| Account No. | | | | | | | |
| **Dept of Environmental Protection** Natural Resources Service Center 155 State House Station Augusta, ME 04333 | | - | | | | | Unknown |
| Account No. | | | | | | | |
| **DesignBLOT** 3801 Wintergreen Drive Plano, TX 75074 | | - | | | | | 1,450.00 |
| Account No. | | | | | | | |
| **Digital Choice of Texas LLC** 1701 N Market Street, Ste. 330 Dallas, TX 75202 | | - | | | | | Unknown |
| Account No. | | | TV and converter box royalties | | | | |
| **Digital Content Protection, LLC** 3855 SW 153rd Drive Beaverton, OR 97006 | | - | | | | X | Unknown |

Sheet no.  **3**  of  **20**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,690.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Apex Digital, Inc.**                                    Case No.    **2:10-bk-44406-PC**
_____
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **046184951** <br><br> **DirectTV** <br> **PO Box 60036** <br> **Los Angeles, CA 90060** | | - | | | | | | **1.73** |
| Account No. <br><br> **Disco Vision** <br> **2265 East 220th Street** <br> **Long Beach, CA 90810** | | - | | Licensing Fees | | | X | **Unknown** |
| Account No. <br><br> **DivX, Inc.** <br> **4780 Eastgate Mall** <br> **San Diego, CA 92121** | | - | | | | | | **0.00** |
| Account No. <br><br> **Dolby Laboratories Licensing** <br> **100 Potrero Ave.** <br> **San Francisco, CA 94103** | | - | | | | | | **Unknown** |
| Account No. <br><br> **DTS** <br> **5171 Clareton Drive** <br> **Agoura Hills, CA 91301** | | - | | | | | | **Unknown** |

Sheet no. __4__ of __20__ sheets attached to Schedule of    Subtotal    **1.73**
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Apex Digital, Inc.**                                              Case No. __2:10-bk-44406-PC__
                                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **LJ 1789** | | | | | | | | |
| E E Electronic Engineering Research 4978 Santa Anita Ave Temple City, CA 91780 | | - | | | | | | 135.00 |
| Account No. | | | | | | | | |
| E-Waste Manufacture Registration Attn: Dana Lawson 401 E, State St., 2nd fl. West Wing Trenton, NJ 08625 | | | | | | | | Unknown |
| Account No. **001000013086** | | | | | | | | |
| Easy Link 6025 The Corners Parkway Suite 100 Norcross, GA 30092 | | - | | | | | | 215.32 |
| Account No. | | | | | | | | |
| EBM, Inc. 3200 Wilshire Blvd. Ste 1600 South Tower Los Angeles, CA 90010 | | - | | | | | | 340.65 |
| Account No. **APEXDIGI** | | | | quarterly bill | | | | |
| Edgewood Partners Insurance 1801 West Olympic Blvd. File Number 1366 Pasadena, CA 91199 | | - | | | | | | 41.94 |

Sheet no. __5__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

732.91

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Apex Digital, Inc.**                                                                 Case No.    **2:10-bk-44406-PC**
                                          ,
                                     Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Eugene M Cummings P.C. Client Trust<br>For the Benefit of Nissim Corp.<br>One North Wacker Drive, Ste. 4130<br>Chicago, IL 60606** | - | | | | | | **Unknown** |
| Account No.<br><br>**eWaste Recycling Solutions<br>PO Box 576<br>Brunswick, ME 04011** | - | | Recycling Fee | | | | **Unknown** |
| Account No.<br><br>**EWI, Inc.<br>11099 S. La Cienega Blvd<br>Ste. 175<br>Los Angeles, CA 90045** | - | | | | | | **131.73** |
| Account No.<br><br>**Excel Marketing<br>4570 Ivy Street<br>Suite # B-200<br>Denver, CO 80216** | - | | | | | | **736.00** |
| Account No. **4623-5736-2**<br><br>**FedEx<br>PO Box 7221<br>Pasadena, CA 91109** | - | | | | | | **7,020.89** |

| | | |
|---|---|---|
| Sheet no.  **6**  of  **20**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **7,888.62** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Apex Digital, Inc.**  ,  Case No.  **2:10-bk-44406-PC**
Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **FedEx** <br> **PO Box 7221** <br> **Pasasenda** <br> **Pasadena, CA 91109** | - | | | | | | Unknown |
| Account No. <br><br> **FedEx Freight** <br> **Dept LA PO Box 21415** <br> **Pasadena, CA 91185** | - | | | | | X | 32,704.91 |
| Account No. <br><br> **FedEx National LTL** <br> **PO Box 95001** <br> **Lakeland, FL 33804** | - | | | | | X | 6,327.11 |
| Account No. <br><br> **Funai** <br> **7-1, 7-Chome, Nakagaito** <br> **Daito, Osaka 574-0013** <br> **JAPAN** | - | | Licensing Fees | | | X | Unknown |
| Account No. <br><br> **G & J Express Transport, Inc** <br> **9121 Blackley Street** <br> **Temple City, CA 91780** | - | | Services | | | | 200.00 |

Sheet no. **7** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  |  **39,232.02**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Apex Digital, Inc.**                                    Case No.   **2:10-bk-44406-PC**
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **90133921240 & 901339** | | | | | | | | |
| **GE Capital** **POB 31001-0271** **Pasadena, CA 91110-0271** | | - | | | | | | 714.76 |
| Account No. | | | | | | | | |
| **Global Parcel Service** **15237 Proctor Ave** **City of Industry, CA 91745** | | - | | | | | | 308.38 |
| Account No. | | | | | | | | |
| **Goodbay Technologies** **3420 N. Elston Ave., Ste. 1** **Chicago, IL 60618** | | - | | | | | | 26,834.49 |
| Account No. | | | | | | | | |
| **Guardian Media Technologies, Ltd.** **3801 N. Capital of Texas Hwy** **Austin, TX 78746** | | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Gurus2go** **2424 W. Desert Cove Ave.** **Phoenix, AZ 85029** | | - | | | | | | 9,789.00 |

| Sheet no. __8__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 37,646.63 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Apex Digital, Inc.**                                                          Case No.   **2:10-bk-44406-PC**
_____
Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Hawaii Dept. of Health<br>Solid & Hazardous Waste Branch<br>919 Ala Moana Blvd., Room 212<br>Honolulu, HI 96814** | | - | | | | | Unknown |
| Account No.<br><br>**HDMI Licensing, LLC<br>1060 E. Arques Ave., Ste. 100<br>Sunnyvale, CA 94085** | | - | | | | | Unknown |
| Account No.<br><br>**Hitachi, LTD<br>1900 K Street, N.W. Suite 800<br>Washington, DC 20006** | | - | **TV and converter box royalties** | | | X | Unknown |
| Account No.<br><br>**IL Environmental Protection Agency<br>Electronics Recycling Fund<br>1021 N. Grand Ave. East<br>Springfield, IL 62794** | | - | | | | | Unknown |
| Account No.<br><br>**IN Dept of Environmental Management<br>100 North Senate Ave,<br>IGS WO41 MC 64-02<br>Indianapolis, IN 46204** | | - | | | | | Unknown |

Sheet no. **9** of **20** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Apex Digital, Inc.**                                                        Case No.   **2:10-bk-44406-PC**
                                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| J.B. Hunt Transport, Inc. File 98545 Los Angeles, CA 90074 | - | | | | | | X | 3,500.00 |
| Account No. | | | | | | | | |
| Jerry Wang 18426 Stonegate Lane Rowland Heights, CA 91748 | - | | | | | | | 312.50 |
| Account No. | | | | Judgment | | | | |
| Jiangsu Hongtu High Tech Co Ltd 83 Hu Bei Road Nanijing P.R., Post Code 210009 CHINA | - | | | | | | X | 8,000,000.00 |
| Account No. | | | | Services and/or Goods | | | | |
| Jiangsu Qiao Yue Shu Ma You Xian #1, Jing Jiu Road, Ding Mao Jing Ji Kai Fa, Zhen Jiang City, Jiangsu CHINA | - | | | | | | X | Unknown |
| Account No. 79868 | | | | | | | | |
| John Hancock Life Insurance Company PO Box 894109 Los Angeles, CA 90189 | - | | | | | | | 41.69 |

Sheet no. __10__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    8,003,854.19

B6F (Official Form 6F) (12/07) - Cont.

In re   **Apex Digital, Inc.**                                                    Case No.   **2:10-bk-44406-PC**
_____
Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trash and Electric Bill | | | | |
| KW Global, Inc. 293 Brea Canyon Road Walnut, CA 91789 | - | | | | | | 3,177.40 |
| Account No. **HB3502** | | | | | | | |
| Kyocera Mita Direct Sales 14101 Alton Parkway Irvine, CA 92618 | - | | | | | | 77.05 |
| Account No. | | | | | | | |
| LA Link Network LLC 2530 Greenfield Ave Arcadia, CA 91006 | - | | | | | | 527.61 |
| Account No. | | | | | | | |
| Lewis Brisbois Bisgaard & Smith LLP 221 North Figueroa Street Los Angeles, CA 90012 | - | | | | | | 2,210.22 |
| Account No. | | | | | | | |
| Los Angeles Superior Transportation PO BOX 93007 City of Industry, CA 91715 | - | | | | | | 1,193.00 |

Sheet no. __11__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          7,185.28

B6F (Official Form 6F) (12/07) - Cont.

In re   **Apex Digital, Inc.**                                                    Case No.   **2:10-bk-44406-PC**
                                                            Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Macrovision Corporation** <br>**Dept. No. 05240** <br>**PO Box 39000** <br>**San Francisco, CA 94139** | | - | | | | | Unknown |
| Account No. <br><br>**MD Dept of the Environment** <br>**Land Management Administration** <br>**PO Box 1417** <br>**Baltimore, MD 21203** | | - | | | | | Unknown |
| Account No. **KM05567412** <br><br>**Metlife Small Business Center** <br>**PO Box 804466** <br>**Kansas City, MO 64180** | | - | | | | | 145.18 |
| Account No. <br><br>**MI Dept. of Environmental Quality** <br>**Office of Financial Management** <br>**PO Box 30657** <br>**Lansing, MI 48909** | | - | | | | | Unknown |
| Account No. <br><br>**Minnestoa Revenue** <br>**Mail Station 3331** <br>**Saint Paul, MN 55146** | | - | | | | | Unknown |

Sheet no. __12__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

145.18

B6F (Official Form 6F) (12/07) - Cont.

In re     **Apex Digital, Inc.**                                                                 Case No.   **2:10-bk-44406-PC**
                                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Licensing Fees | | | | |
| MPEG LA 6312 S Fiddlers Green Circle Suite 400E Greenwood Village, CO 80111 | - | | | | | X | Unknown |
| Account No. | | | | | | | |
| Michael H. Steinbuerg, Esq. Sullivan & Cromwell LLP 1888 Century Park East, Suite 2100 Los Angeles, CA 90067 | | | Representing: MPEG LA | | | | Notice Only |
| Account No. | | | | | | | |
| OR Dept of Environmental Qualiy Attention: Business Office 811 SW Sixth Ave Portland, OR 97204 | - | | | | | | Unknown |
| Account No. | | | Licensing Fees | | | | |
| Oracle Corporation 500 Oracle Parkway Redwood City, CA 94065 | - | | | | | X | 166,648.00 |
| Account No. VSV0001001785 | | | | | | | |
| Paypal, Inc. 4100 Solutions Center #774100 Chicago, IL 60677 | - | | | | | | 38.22 |

Sheet no.   **13**   of   **20**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 166,686.22 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Apex Digital, Inc.**                                      Case No.    **2:10-bk-44406-PC**
                                            Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Licensing Fees | | | | |
| **Philips Intellectual Property & Standards** 9229 Sunset Blvd, Ste. 425 West Hollywood, CA 90069 | - | | | | | | X | 983,631.00 |
| Account No. | | | | | | | | |
| **Preferred Marketing Group** 4963 Bacopa Lane South, Suite 605 Saint Petersburg, FL 33715 | - | | | | | | | 9,875.61 |
| Account No. | | | | | | | | |
| **RI Dept of Environmental Management** Office of Management Services 235 Promenade Street Providence, RI 02908 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Royal West Sales, Inc.** 23945 Calabasas Rd., Suite 208 Calabasas, CA 91302 | - | | | | | | | 8,745.76 |
| Account No. | | | | | | | | |
| **Select Representatives** 711 Ginesi Drive Morganville, NJ 07751 | - | | | | | | | 9,734.53 |

| | | |
|---|---|---|
| Sheet no. **14** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,011,986.90 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Apex Digital, Inc.**                                                    Case No.  **2:10-bk-44406-PC**
                                        Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Shanghai World Trade Dev. Co., LTD**<br>**Unit 118, Suite 1016, Xin Ling Road**<br>**Wai Gao Qiao Bao Shui, Shanghai**<br>**CHINA** | | - | Services and/or Goods | | | X | 3,667,246.00 |
| Account No.<br><br>**Sichuan Changhong Electric Co., Ltd**<br>**35 East Mianxing Rd, High Tech Park**<br>**Mianyang, Sichuan Province**<br>**CHINA** | X | - | Services and/or Goods | | | | Unknown |
| Account No. **SPE-O 11478**<br><br>**SPS Commerce**<br>**VB Box 3**<br>**PO Box 9202**<br>**Minneapolis, MN 55480** | | - | | | | | 339.69 |
| Account No. **3780**<br><br>**Staples Credit Plan**<br>**Dept. 51- 7810743780**<br>**PO Box 689020**<br>**Des Moines, IA 50368** | | - | | | | | 131.68 |
| Account No.<br><br>**State of Michigan**<br>**Dept. of Environmental Quality**<br>**PO Box 30657**<br>**Lansing, MI 48909** | | - | | | | | Unknown |

Sheet no. __15__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **3,667,717.37**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Apex Digital, Inc.**                                                      ,    Case No.    **2:10-bk-44406-PC**
                                                  Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **532506** <br><br> Sterling Commerce <br> PO Box 73199 <br> Chicago, IL 60673 | | - | | | | | 301.96 |
| Account No. <br><br> Sunrise Shuttle <br> 1461 S. Eagle Park Rod. # 191 <br> Hacienda Heights, CA 91745 | | - | | | | | 346.50 |
| Account No. <br><br> Technology Company, Inc. <br> 33 1/2 Los Pinos Nicasio <br> Nicasio, CA 94946 | | - | | | | | 0.00 |
| Account No. <br><br> Technology Resource Group, International, LLC <br> 3033 Excelsior Blvd, Suite 200 <br> Minneapolis, MN 55416 | | - | | | | | 8,773.81 |
| Account No. **6403** <br><br> Telepacific <br> P.O. Box 526015 <br> Sacramento, CA 95852 | | - | | | | | 187.94 |

Sheet no. __16__ of __20__ sheets attached to Schedule of                          Subtotal                      | 9,610.21 |
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Apex Digital, Inc.**                                          ,          Case No.   **2:10-bk-44406-PC**
                                      Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Thomson Multimedia**<br>**46, Quai Alphonse Le Gallo**<br>**Boulogne**<br>**FRANCE   92468** | - | | Licensing Fees | | | X | 748,063.67 |
| Account No.<br><br>**Thomson Licensing LLC**<br>**Two Independence Way**<br>**Princeton, NJ 08540** | | | Representing:<br>**Thomson Multimedia** | | | | **Notice Only** |
| Account No. **1003512620**<br><br>**Thomson West**<br>**PO Box 6292**<br>**Carol Stream, IL 60197** | - | | | | | | 159.07 |
| Account No.<br><br>**Tianjin Duty Technology Trade Co.**<br>**1-302 Da An Cui Wei Yuan**<br>**Shui Shang**<br>**Nanka Distr, Tianjin** | - | | | | | | 2,322.58 |
| Account No.<br><br>**Topland Trucking, Inc.**<br>**2525 Workman Mill Rd.**<br>**City of Industry, CA 90601** | - | | | | | | 940.00 |

Sheet no.  **17**  of  **20**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

751,485.32

B6F (Official Form 6F) (12/07) - Cont.

In re    **Apex Digital, Inc.**                                                     Case No.  **2:10-bk-44406-PC**
_____
                                    Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Trans Wagon Int'l (USA) Co., Ltd.** <br>**20265 Valley Blvd., #C** <br>**Walnut, CA 91789** | - | | | | | | **6,412.00** |
| Account No. <br><br>**Universal Recycling Technologies** <br>**61 Industrial Park Drive** <br>**Dover, NH 03820** | - | | Recycling Fee | | | | **Unknown** |
| Account No. **V80381** <br><br>**UPS** <br>**PO BOx 894820** <br>**Los Angeles, CA 90189** | - | | | | | | **84.00** |
| Account No. **705705440** <br><br>**UPS Supply Chain Solutions** <br>**28013 Network Place** <br>**Chicago, IL 60673** | - | | | | | | **11,420.02** |
| Account No. <br><br>**Venture Network** <br>**PO Box 532** <br>**Hinsdale, IL 60521** | - | | | | | | **373.68** |

Sheet no. __18__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 18,289.70 |
|---|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Apex Digital, Inc.**                                                    Case No.   **2:10-bk-44406-PC**
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1147801445** <br><br> **Verizon** <br> **PS Box 920041** <br> **Dallas, TX 75392** | - | | | | | | 37.74 |
| Account No. **1188840437** <br><br> **Verizon** <br> **PO Box 920041** <br> **Dallas, TX 75392** | - | | | | | | 2.90 |
| Account No. <br><br> **Vizio** <br> **39 Tesla** <br> **Irvine, CA 92618** | - | | Licensing Fees | | | X | Unknown |
| Account No. <br><br> **WI Dept of Natural Resources** <br> **DNR Bureau of Waste & Martials** <br> **PO Box 7921 WA/5** <br> **Madison, WI 53707** | - | | | | | | Unknown |
| Account No. <br><br> **Wi-Lan V-Chip Corp.** <br> **11 Holland Avenue, Suite 608** <br> **Attn: Prashant R. Watchmaker** <br> **Ottawa, ON K1Y 4S1 CANADA** | - | | Services | | | | 1,179,455.50 |

| Sheet no. **19** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,179,496.14 |
|---|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Apex Digital, Inc.**                                                        Case No.   **2:10-bk-44406-PC**
_____
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Services | | | | |
| Wintek Group, Inc. 13418 Wandering Ridge Way Chino Hills, CA 91709 | - | | | | | | | 500.00 |
| Account No. | | | | | | | | |
| WMMFA PO Box 779 Woodland, WA 98674 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __20__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 500.00 |
| Total (Report on Summary of Schedules) | | 14,955,523.32 |