UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>Apex Digital, Inc.<br>301 Brea Canyon Road<br>Walnut, CA 91789<br><div align="right">Debtor(s).</div> | CHAPTER 11 (BUSINESS)<br><br>Case Number:       2:10-bk-44406<br>Operating Report Number:   1<br>For the Month Ending:   8/31/2010 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL     0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:     0.00

4.  RECEIPTS DURING CURRENT PERIOD:
    Accounts Receivable - Post-filing
    Accounts Receivable - Pre-filing
    General Sales
    Other (Specify)     Transfer from other accounts     71,804.18
    **Other (Specify)

    TOTAL RECEIPTS THIS PERIOD:     71,804.18

5.  BALANCE:     71,804.18

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Transfers to Other DIP Accounts (from page 2)     0.00
    Disbursements (from page 2)     39,090.80

    TOTAL DISBURSEMENTS THIS PERIOD:***     39,090.80

7.  ENDING BALANCE:     32,713.38

8.  General Account Number(s):     ███████

    Depository Name & Location:     Hanmi Bank
    18720 E Colima Road, Rowland Heights, CA 91748

\*    All receipts must be deposited into the general account.
\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.
\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 8/24/2010 | Temporary C | Petty cash | Replenish petty cash | | 1,000.00 | 1,000.00 |
| 8/26/2010 | Bank Deb | Hanmi Bank | Exchange from deposit in Canadian dollar | | 142.03 | 142.03 |
| 8/26/2010 | Wire | TOEC Technology C | Purchase deposit | | 17,227.04 | 17,227.04 |
| 8/27/2010 | ACH | Deluxe For Business | Check printing | | 573.12 | 573.12 |
| 8/27/2010 | Temporary C | FedEx Freight | Freight | | 148.61 | 148.61 |
| 8/30/2010 | Wire | Goodbay Technologi | Call center service | | 20,000.00 | 20,000.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 0.00 | 39,090.80 | $39,090.80 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____8/31/2010_____    Balance on Statement: _____$32,713.38_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                           0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| 1003 | 8/31/2010 | 5,179.50 |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                          5,179.50

Bank statement Adjustments:                                        573.12
Explanation of Adjustments-

Check printing charges will be credited back by the bank.

ADJUSTED BANK BALANCE:                                             $28,107.00

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

**HANMI BANK**
3660 Wilshire Blvd.
Penthouse Suite "A"
Los Angeles, CA 90010

010 00048 01                              PAGE:        1
ACCOUNT:                                            08/31/2010

APEX DIGITAL INC
(GENERAL ACCT)
DIP CASE# 2:10-BK44406-SB                          30
301 BREA CANYON ROAD.                               0
WALNUT CA  91789-3075                               2

================================================================
ROWLAND HEIGHTS OFFICE                  TELEPHONE:626-435-1400
18720 E COLIMA RD
ROWLAND HEIGHTS, CA 91748
================================================================

Under the Unlawful Internet Gambling Enforcement Act, certain
transactions are prohibited from being processed through your account or
other relationships with Hanmi Bank. Restricted transactions include
but are not limited to, those transactions in which credit (including
credit extended through the use of a credit card), EFT, checks, or
drafts are knowingly accepted by gambling businesses in connection with
participation by others in unlawful internet gambling.

================================================================
            BUSINESS CKG-REG ACCOUNT
================================================================

                          LAST STATEMENT 08/19/10        .00
MINIMUM BALANCE          1,382.03       8 CREDITS    71,804.18
AVG AVAILABLE BALANCE   11,254.17       6 DEBITS     39,090.80
AVERAGE BALANCE         13,605.91  THIS STATEMENT 08/31/10  32,713.38

        - - - - - - - - DEPOSITS - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
      08/20   6,836.00       08/24   1,942.91       08/26   4,993.81
      08/24   1,421.34       08/24   2,228.09

        - - - - - - - OTHER CREDITS - - - - - - - -
DESCRIPTION                                   DATE        AMOUNT
NEW ACCT DEPOSIT                              08/19      1,382.03
245847 Internet Transfer from ▮▮▮▮ on 8/26/10 AT 10:16 08/26  13,000.00
050858 Internet Transfer from ▮▮▮▮ on 8/30/10 AT 10:45 08/30  40,000.00
            * * * C O N T I N U E D * * *

**HANMI BANK**
.3660 Wilshire Blvd.
Penthouse Suite "A"
Los Angeles, CA 90010

010 00048 01          PAGE:    2
ACCOUNT:          ▮▮▮▮          08/31/2010

APEX DIGITAL INC

================================================================
                    BUSINESS CKG-REG ACCOUNT  ▮▮▮▮▮▮
================================================================

        - - - - - - - - - CHECKS - - - - - - - - -
CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT
      *08/24    1,000.00          08/27    148.61

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

        - - - - - - - - OTHER DEBITS - - - - - - - -
DESCRIPTION                                                 DATE        AMOUNT
CANADIAN ITEM 1942.91 DEP CAN RATE 0.9269                   08/26        142.03
OUTGOING WIRE                                               08/26     17,227.04
DLX For Business BUS PROD  ▮▮▮▮▮▮▮▮                         08/27        573.12
OUTGOING WIRE                                               08/30     20,000.00

        - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

    ***********************************************************************
    *                           |  TOTAL FOR   |     TOTAL              *
    *                           | THIS PERIOD  |  YEAR TO DATE          *
    *---------------------------------------------------------------------*
    * TOTAL OVERDRAFT FEES:      |      .00     |        .00             *
    *---------------------------------------------------------------------*
    * TOTAL RETURNED ITEM FEES:  |      .00     |        .00             *
    ***********************************************************************

        - - - - - - - DAILY BALANCE - - - - - - -
DATE..........BALANCE      DATE..........BALANCE      DATE..........BALANCE
08/19      1,382.03        08/24     12,810.37        08/27     12,713.38
08/20      8,218.03        08/26     13,435.11        08/30     32,713.38

I. CASH RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS          0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL          0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:          0.00

4.  RECEIPTS DURING CURRENT PERIOD:          2,000.21
    (Transferred from General Account)

5.  BALANCE:          2,000.21

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***          1,042.91

7.  ENDING BALANCE:          957.30

8.  PAYROLL Account Number(s):          ████████

    Depository Name & Location:          Hanmi Bank
                                         18720 E Colima Road, Rowland Heights, CA 91748

## TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 8/27/2010 | 82510 | Eddie Pena | Pay check | 1,042.91 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 1,042.91 |

PAYROLL ACCOUNT
BANK RECONCILIATION

| Bank statement Date: | 8/31/2010 | Balance on Statement: | $957.30 |
|---|---|---|---|

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL DEPOSITS IN TRANSIT | | | 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| ACH | 8/31/2010 | 2,615.11 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS: | | | 2,615.11

Bank statement Adjustments: | | | 1,522.91

Explanation of Adjustments-

| Overpaid employee and employee will pay back. | $ | 480.00 |
|---|---|---|
| Final paycheck to employee. Payroll will be included in September expense. | $ | 1,042.91 |
| | $ | 1,522.91 |

ADJUSTED BANK BALANCE: | | | ($134.90)

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

**HANMI BANK**
3660 Wilshire Blvd.
Penthouse Suite "A"
Los Angeles, CA 90010

018 00048 01          PAGE:          1
ACCOUNT:                        08/31/2010

APEX DIGITAL INC
(PAYROLL ACCT)
DIP CASE# 2:10-BK44406-SB                30
301 BREA CANYON ROAD.                     0
WALNUT CA  91789-3075                      1

===============================================================================
ROWLAND HEIGHTS OFFICE                    TELEPHONE:626-435-1400
18720 E COLIMA RD
ROWLAND HEIGHTS, CA 91748
===============================================================================

Under the Unlawful Internet Gambling Enforcement Act, certain
transactions are prohibited from being processed through your account or
other relationships with Hanmi Bank. Restricted transactions include
but are not limited to, those transactions in which credit (including
credit extended through the use of a credit card), EFT, checks, or
drafts are knowingly accepted by gambling businesses in connection with
participation by others in unlawful internet gambling.

===============================================================================
            BUSINESS CKG-REG ACCOUNT  ██████████
===============================================================================

                              LAST STATEMENT 08/19/10              .00
MINIMUM BALANCE             .21     2 CREDITS                  2,000.21
AVG AVAILABLE BALANCE     522.16    1 DEBITS                   1,042.91
AVERAGE BALANCE           522.16  THIS STATEMENT 08/31/10        957.30

        - - - - - - - -  OTHER CREDITS - - - - - - - -
DESCRIPTION                                        DATE        AMOUNT
NEW ACCT DEPOSIT                                   08/19          .21
245986 Internet Transfer from██████ on 8/26/10 AT 10:18 08/26  2,000.00
        - - - - - - - - -  CHECKS - - - - - - - - -
CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT
   82510 08/27    1,042.91
                  * * *  C O N T I N U E D  * * *

Notice: Please see reverse side for important information.                Member F[



**HANMI BANK**
3660 Wilshire Blvd.
Penthouse Suite "A"
Los Angeles, CA 90010

010 00048 01          PAGE:        2
ACCOUNT:           08/31/2010

APEX DIGITAL INC

=====================================================================
BUSINESS CKG-REG ACCOUNT
=====================================================================

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

```
*********************************************************************
*                              |  TOTAL FOR   |    TOTAL        *
*                              | THIS PERIOD  |  YEAR TO DATE   *
*-----------------------------------------------------------------*
* TOTAL OVERDRAFT FEES:        |     .00      |      .00        *
*-----------------------------------------------------------------*
* TOTAL RETURNED ITEM FEES:    |     .00      |      .00        *
*********************************************************************
```

- - - - - - - DAILY BALANCE - - - - - - -

| DATE..........BALANCE | DATE..........BALANCE | DATE..........BALANCE |
|---|---|---|
| 08/19          .21 | 08/26      2,000.21 | 08/27       957.30 |

I. CASH RECEIPTS AND DISBURSEMENTS
C. (COLLECTION ACCOUNT)

| | | |
|---|---|---:|
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 0.00 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | | 0.00 |
| 3. BEGINNING BALANCE: | | 0.00 |

4. RECEIPTS DURING CURRENT PERIOD:

| | | |
|---|---|---:|
| Accounts Receivable - Post-filing | | |
| Accounts Receivable - Pre-filing | | 1,270,812.42 |
| General Sales | | 200.00 |
| Other (Specify) | Transfer from other accounts | 2,380.93 |
| Other (Specify) | Interest | 193.04 |
| Other (Specify) | Legal fee refunded | 7,173.00 |
| **Other (Specify) | Paypal deposit to verify bank account | 0.18 |

| | |
|---|---:|
| TOTAL RECEIPTS THIS PERIOD: | 1,280,759.57 |
| 5. BALANCE: | 1,280,759.57 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---:|
| Transfers to Other DIP Accounts (from page 2) | 55,000.00 |
| Disbursements (from page 2) | 6.00 |
| TOTAL DISBURSEMENTS THIS PERIOD:*** | 55,006.00 |
| 7. ENDING BALANCE: | 1,225,753.57 |

8. COLLECTION Account Number(s): ███████

Depository Name & Location:     Hanmi Bank
18720 E Colima Road, Rowland Heights, CA 91748

\*   All receipts must be deposited into the general account.

\*\*  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM COLLECTION ACCOUNT FOR CURRENT PERIOD
Page 8 of 24

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 8/25/2010 | Bank Deb | Hanmi Bank | Wire fee | | 6.00 | 6.00 |
| 8/26/2010 | ACH | Hanmi Bank | Transfer to ████ | 2,000.00 | | 2,000.00 |
| 8/26/2010 | ACH | Hanmi Bank | Transfer to ████ | 13,000.00 | | 13,000.00 |
| 8/30/2010 | ACH | Hanmi Bank | Transfer to ████ | 40,000.00 | | 40,000.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 55,000.00 | 6.00 | $55,006.00 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will

be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

COLLECTION ACCOUNT
BANK RECONCILIATION

| Bank statement Date: | 8/31/2010 | Balance on Statement: | $1,225,753.57 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT _____ _____ | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS: | 0.00 |

| Bank statement Adjustments: | $ | 72,073.82 |

Explanation of Adjustments-

| Levy - Hanmi Bank holds the funds in a trust account under a Sheriff's order. | $ | 72,074.00 |
| Deposit by Paypal to verify bank account and will be reversed in September. | $ | (0.18) |
| | $ | 72,073.82 |

ADJUSTED BANK BALANCE: | $1,297,827.39 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

**HANMI BANK**
3660 Wilshire Blvd.
Penthouse Suite "A"
Los Angeles, CA 90010

010 00048 03                                    PAGE:        1
ACCOUNT:                                                      08/31/2010

APEX DIGITAL INC
(COLLECTION ACCT)
DIP CASE# 2:10-BK44406-SB                              30
301 BREA CANYON ROAD.                                  0
WALNUT CA  91789-3075                                  0

=================================================================
ROWLAND HEIGHTS OFFICE                  TELEPHONE:626-435-1400
18720 E COLIMA RD
ROWLAND HEIGHTS, CA 91748
=================================================================

Under the Unlawful Internet Gambling Enforcement Act, certain
transactions are prohibited from being processed through your account or
other relationships with Hanmi Bank. Restricted transactions include
but are not limited to, those transactions in which credit (including
credit extended through the use of a credit card), EFT, checks, or
drafts are knowingly accepted by gambling businesses in connection with
participation by others in unlawful internet gambling.

=================================================================
MMA - BUSINESS ACCOUNT
=================================================================

MINIMUM BALANCE            2,380.93   LAST STATEMENT 08/19/10          .00
AVG AVAILABLE BALANCE    578,368.49      11 CREDITS          1,280,759.57
AVERAGE BALANCE          774,485.79       4 DEBITS              55,006.00
                                     THIS STATEMENT 08/31/10  1,225,753.57

- - - - - - - - DEPOSITS - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
      08/24    627.00              08/24 1265,948.74

- - - - - - - OTHER CREDITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| NEW ACCT DEPOSIT | 08/19 | 2,380.93 |
| Retail dis | 08/20 | 343.33 |
| payments.amazon.com | | |
| PAYPAL VERIFYBANK | 08/23 | .05 |
| PAYPAL VERIFYBANK | 08/23 | .13 |
| INCOMING WIRE: WELLS FARGO SF, HOLME ROBERTS AND OWEN LLP | 08/25 | 7,173.00 |
| BANK BY MAIL DEPOSIT | 08/27 | 200.00 |
| BANK BY MAIL DEPOSIT | 08/27 | 1,308.00 |
| BANK BY MAIL DEPOSIT | 08/27 | 2,585.35 |
| INTEREST | 08/31 | 193.04 |

* * * C O N T I N U E D * * *

Notice: Please see reverse side for important information.

Member FI

**HANMI BANK**
3660 Wilshire Blvd.
Penthouse Suite "A"
Los Angeles, CA 90010

010  00048  03                    PAGE:      2

ACCOUNT: ▮▮▮▮                               08/31/2010

APEX DIGITAL INC

==============================================================================
MMA - BUSINESS ACCOUNT ▮▮▮▮▮▮▮
==============================================================================

- - - - - - - - OTHER DEBITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| INCOMING WIRE FEE | 08/25 | 6.00 |
| 245986 Internet Transfer to ▮▮▮ on 8/26/10 AT 10:18 | 08/26 | 2,000.00 |
| 245847 Internet Transfer to ▮▮▮ on 8/26/10 AT 10:16 | 08/26 | 13,000.00 |
| 050858 Internet Transfer to ▮▮▮ on 8/30/10 AT 10:45 | 08/30 | 40,000.00 |

- - - - - - - - - - I N T E R E S T - - - - - - - - - -

| | | | |
|---|---|---|---|
| AVERAGE LEDGER BALANCE: | 774,485.79 | INTEREST EARNED: | 193.04 |
| INTEREST PAID THIS PERIOD: | 193.04 | DAYS IN PERIOD: | 13 |
| INTEREST PAID 2010: | 193.04 | ANNUAL PERCENTAGE YIELD EARNED: | .70% |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

```
*************************************************************
*                       |  TOTAL FOR  |      TOTAL        *
*                       | THIS PERIOD |   YEAR TO DATE    *
*-----------------------------------------------------------*
* TOTAL OVERDRAFT FEES:  |     .00     |      .00          *
*-----------------------------------------------------------*
* TOTAL RETURNED ITEM FEES: |  .00     |      .00          *
*************************************************************
```

- - - - - - - - DAILY BALANCE - - - - - - - -

| DATE..........BALANCE | DATE..........BALANCE | DATE...........BALANCE |
|---|---|---|
| 08/19      2,380.93 | 08/24      1,269,300.18 | 08/27      1,265,560.53 |
| 08/20      2,724.26 | 08/25      1,276,467.18 | 08/30      1,225,560.53 |
| 08/23      2,724.44 | 08/26      1,261,467.18 | 08/31      1,225,753.57 |

I. CASH RECEIPTS AND DISBURSEMENTS
D. (TV PROCEEDS ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS    0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL    0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:    0.00

4.  RECEIPTS DURING CURRENT PERIOD:
Accounts Receivable - Post-filing
Accounts Receivable - Pre-filing    41,530.00
General Sales
Other (Specify)    Transfer from other accounts    9,464.64
Other (Specify)    Interest    13.99
**Other (Specify)

TOTAL RECEIPTS THIS PERIOD:    51,008.63

5.  BALANCE:    51,008.63

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
Transfers to Other DIP Accounts (from page 2)    0.00
Disbursements (from page 2)    5.00

TOTAL DISBURSEMENTS THIS PERIOD:***    5.00

7.  ENDING BALANCE:    51,003.63

8.  TV PROCEEDS Account Number(s):    ▮▮▮▮▮

Depository Name & Location:    Hanmi Bank
18720 E Colima Road, Rowland Heights, CA 91748

*   All receipts must be deposited into the general account.

**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.

***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM TV PROCEEDS ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 8/27/2010 | Bank Deb | Hanmi Bank | Returned Item Fee | | 5.00 | 5.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 0.00 | 5.00 | $5.00 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will

be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

IV PROCEEDS ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____8/31/2010_____   Balance on Statement: _____$51,003.63_____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:          | 0.00 |

Bank statement Adjustments:          $          -

Explanation of Adjustments-

ADJUSTED BANK BALANCE:          | $51,003.63 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment



**HANMI BANK**
3660 Wilshire Blvd.
Penthouse Suite "A"
Los Angeles, CA 90010

010 00048 03          PAGE:          1
ACCOUNT:                              08/31/2010

APEX DIGITAL INC
(TV PROCEEDS ACCT)
DIP CASE# 2:10-BK44406-SB                    30
301 BREA CANYON ROAD.                         0
WALNUT CA  91789-3075                         0

```
================================================================
```
ROWLAND HEIGHTS OFFICE                    TELEPHONE:626-435-1400
18720 E COLIMA RD
ROWLAND HEIGHTS, CA 91748
```
================================================================
```
     Under the Unlawful Internet Gambling Enforcement Act, certain
     transactions are prohibited from being processed through your account or
     other relationships with Hanmi Bank. Restricted transactions include
     but are not limited to, those transactions in which credit (including
     credit extended through the use of a credit card), EFT, checks, or
     drafts are knowingly accepted by gambling businesses in connection with
     participation by others in unlawful internet gambling.

```
================================================================
```
              MMA - BUSINESS ACCOUNT
```
================================================================
```

MINIMUM BALANCE           9,464.64   LAST STATEMENT 08/19/10         .00
AVG AVAILABLE BALANCE    35,948.10     3 CREDITS             144,608.63
AVERAGE BALANCE          56,619.64     2 DEBITS               93,605.00
                                     THIS STATEMENT 08/31/10   51,003.63

         - - - - - - - - DEPOSITS - - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
     08/24  135,130.00

         - - - - - - - OTHER CREDITS - - - - - - - -
DESCRIPTION                                      DATE      AMOUNT
NEW ACCT DEPOSIT                                 08/19    9,464.64
INTEREST                                         08/31       13.99

         - - - - - - - OTHER DEBITS - - - - - - - -
DESCRIPTION                                      DATE      AMOUNT
Returned Item Fee                                08/27        5.00
Returned Item                                    08/27   93,600.00
              * * * C O N T I N U E D * * *

Notice: Please see reverse side for important information.          Member FI



**HANMI BANK**
3660 Wilshire Blvd.
Penthouse Suite "A"
Los Angeles, CA 90010

Grace Inductries inc
010 00048  03            PAGE:          2
ACCOUNT:                              08/31/2010

APEX DIGITAL INC

=================================================================
MMA – BUSINESS ACCOUNT ▮▮▮▮▮▮▮▮
=================================================================

– – – – – – – – – I N T E R E S T – – – – – – – – –

| AVERAGE LEDGER BALANCE: | 56,619.64 | INTEREST EARNED: | 13.99 |
|---|---|---|---|
| INTEREST PAID THIS PERIOD: | 13.99 | DAYS IN PERIOD: | 13 |
| INTEREST PAID 2010: | 13.99 | ANNUAL PERCENTAGE YIELD EARNED: | .70% |

– – – ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES – – –

```
*************************************************************
*                        |   TOTAL FOR   |     TOTAL       *
*                        |  THIS PERIOD  |  YEAR TO DATE    *
*------------------------------------------------------------*
* TOTAL OVERDRAFT FEES:  |      .00      |      .00         *
*------------------------------------------------------------*
* TOTAL RETURNED ITEM FEES: |   .00      |      .00         *
*************************************************************
```

– – – – – – – DAILY BALANCE – – – – – – –

| DATE..........BALANCE | DATE..........BALANCE | DATE..........BALANCE |
|---|---|---|
| 08/19        9,464.64 | 08/27       50,989.64 | |
| 08/24      144,594.64 | 08/31       51,003.63 | |

Notice: Please see reverse side for important information.                    Member FI

I. CASH RECEIPTS AND DISBURSEMENTS
E. (MERCHANT ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS                    0.00

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL                        0.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:                                                      0.00

4.  RECEIPTS DURING CURRENT PERIOD:
    Accounts Receivable - Post-filing
    Accounts Receivable - Pre-filing
    General Sales
    Other (Specify)        Transfer from other accounts            0.78
    Other (Specify)
    **Other (Specify)

    TOTAL RECEIPTS THIS PERIOD:                                             0.78

5.  BALANCE:                                                                0.78

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    Transfers to Other DIP Accounts (from page 2)
    Disbursements (from page 2)

    TOTAL DISBURSEMENTS THIS PERIOD:***                                     0.00

7.  ENDING BALANCE:                                                         0.78

8.  MERCHANT Account Number(s):            ███████

    Depository Name & Location:            Hanmi Bank
                                           18720 E Colima Road, Rowland Heights, CA 91748


*    All receipts must be deposited into the general account.

**   Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
     to whom, terms, and date of Court Order or Report of Sale.

***This amount should be the same as the total from page 2.

**TOTAL DISBURSEMENTS FROM MERCHANT ACCOUNT FOR CURRENT PERIOD**

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | 0.00 | 0.00 | $0.00 |

\* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will

be filled in for you.

\*\* Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

MERCHANT ACCOUNT

BANK RECONCILIATION

| | | |
|---|---|---|
| Bank statement Date: | 8/31/2010 | Balance on Statement: | $0.78 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| 8/17/2010 | 112.87 |
| | |
| | |
| | |
| | |

TOTAL DEPOSITS IN TRANSIT                                          112.87

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                          0.00

Bank statement Adjustments:                              $            -

Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                          $113.65

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment



**HANMI BANK**
3660 Wilshire Blvd.
Penthouse Suite "A"
Los Angeles, CA 90010

010 00048 01                    PAGE:    1
ACCOUNT:                                 08/31/2010

APEX DIGITAL INC
(MERCHANT ACCT)
DIP CASE# 2:10-BK44406-SB                        30
301 BREA CANYON ROAD.                             0
WALNUT CA  91789-3075                             0

=================================================================
ROWLAND HEIGHTS OFFICE
18720 E COLIMA RD                TELEPHONE:626-435-1400
ROWLAND HEIGHTS, CA 91748
=================================================================
      Under the Unlawful Internet Gambling Enforcement Act, certain
transactions are prohibited from being processed through your account or
other relationships with Hanmi Bank. Restricted transactions include
but are not limited to, those transactions in which credit (including
credit extended through the use of a credit card), EFT, checks, or
drafts are knowingly accepted by gambling businesses in connection with
participation by others in unlawful internet gambling.

=================================================================
            BUSINESS CKG-REG ACCOUNT
=================================================================

                              LAST STATEMENT 08/19/10            .00
MINIMUM BALANCE          .78       1 CREDITS                     .78
AVG AVAILABLE BALANCE    .78         DEBITS                      .00
AVERAGE BALANCE          .78  THIS STATEMENT 08/31/10            .78

          - - - - - - - OTHER CREDITS - - - - - - - -
DESCRIPTION                                  DATE         AMOUNT
NEW ACCT DEPOSIT                             08/19           .78

      - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

    ****************************************************************
    *                        |                |                  *
    *                        |    TOTAL FOR    |     TOTAL        *
    *                        |   THIS PERIOD   |  YEAR TO DATE    *
    *------------------------|                 |------------------*
    * TOTAL OVERDRAFT FEES:  |       .00       |      .00         *
    *------------------------|                 |------------------*
    * TOTAL RETURNED ITEM FEES:  |   .00       |      .00         *
    ****************************************************************


            * * *  C O N T I N U E D  * * *

 **HANMI BANK**
3660 Wilshire Blvd.
Penthouse Suite "A"
Los Angeles, CA 90010


APEX DIGITAL INC

============================================================================
BUSINESS CKG-REG ACCOUNT
============================================================================

- - - - - - DAILY BALANCE - - - - - - - -

DATE..........BALANCE        DATE..........BALANCE        DATE..........BALANCE
 08/19            .78

1. F. SUMMARY SCHEDULE OF CASH

ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

Account

| | | |
|---|---|---|
| General Account: | ■■■■■ | 28,107.00 |
| Payroll Account: | ■■■■■ | (134.90) |
| Collection Account: | ■■■■■ | 1,297,827.39 |
| TV proceeds Account: | ■■■■■ | 51,003.63 |
| Merchant Account: | ■■■■■ | 113.65 |
| *Other Accounts: | PayPal, San Josa, CA    esales1@apexdigitalinc.com | 515.91 |
| *Other Monies: | | |
| | **Petty Cash (from below): | 1,267.01 |

TOTAL CASH AVAILABLE: | 1,378,699.69

-

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| 8/17/2010 | Beginning balance | 1076.73 |
| 8/18/2010 | Mileage reimbursement | (11.28) |
| 8/20/2010 | Gas for company van | (40.00) |
| 8/20/2010 | Business license | (40.00) |
| 8/24/2010 | Withdrawal from 500305452 | 1000.00 |
| 8/25/2010 | Employee's visa to China | (160.00) |
| 8/26/2010 | Window repair on company van | (35.00) |
| 8/27/2010 | Company luncheon | (515.77) |
| 8/31/2010 | Insect spray | (7.67) |

TOTAL PETTY CASH TRANSACTIONS: | 1267.01

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#

** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
## AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____ 0.00

Total Wages Paid: _____ 0.00

|  | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding |  |  |  |
| State Withholding |  |  |  |
| FICA- Employer's Share |  |  |  |
| FICA- Employee's Share |  |  |  |
| Federal Unemployment |  |  |  |
| Sales and Use |  |  |  |
| Real Property |  |  |  |
| Other: |  |  |  |
| TOTAL: | 0.00 | 0.00 |  |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

| | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
| | | Pre-Petition | Post-Petition |
| 30 days or less | | 3,589,475.92 | 3,551,279.34 |
| 31 - 60 days | | 2,362,286.26 | 904,807.41 |
| 61 - 90 days | | 233,850.17 | 1,210,238.52 |
| 91 - 120 days | (2,170.23) | 13,901.51 | 79,300.47 |
| Over 120 days | | 3,114,414.76 | 2,253,799.99 |
| TOTAL: | (2,170.23) | 9,313,928.62 | 7,999,425.73 |

## V. INSURANCE COVERAGE

| | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Hartford | 2000000.00 | 6/1/2011 | 12/4/2010 |
| Worker's Compensation | Hartford | 1000000.00 | 6/1/2011 | 12/4/2010 |
| Property | Hartford | 3000000.00 | 6/1/2011 | 12/4/2010 |
| Vehicle | Hartford | 1000000.00 | 6/1/2011 | 12/4/2010 |
| Others: Umbrella | Hartford | 5000000.00 | 6/1/2011 | 12/4/2010 |
| Credit | Euler Hermes | 12,000,000.00 | 10/31/2010 | 10/31/2010 |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
## (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | | | | 0.00 |
| | | 0.00 | | 0.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| Sales/Revenue: | | |
| Gross Sales/Revenue | | |
| Less: Returns/Discounts | 143.80 | 143.80 |
| Net Sales/Revenue | (143.80) | (143.80) |
| | | |
| Cost of Goods Sold: | | |
| Beginning Inventory at cost | 3,368,153.12 | 3,368,153.12 |
| Purchases | (61.00) | (61.00) |
| Less: Ending Inventory at cost | 3,368,254.88 | 3,368,254.88 |
| Cost of Goods Sold (COGS) | (162.76) | (162.76) |
| | | |
| Gross Profit | 18.96 | 18.96 |
| | | |
| Other Operating Income (Itemize) | | |
| | | |
| Operating Expenses: | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | | |
| Depreciation and Amortization | 3,207.83 | 3,207.83 |
| Rent Expense - Real Property | | |
| Lease Expense - Personal Property | | |
| Insurance | | |
| Real Property Taxes | | |
| Telephone and Utilities | | |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | 1,158.40 | 1,158.40 |
| Miscellaneous Operating Expenses (Itemize) | 1,891.67 | 1,891.67 |
| Total Operating Expenses | 6,257.90 | 6,257.90 |
| | | |
| Net Gain/(Loss) from Operations | (6,238.94) | (6,238.94) |
| | | |
| Non-Operating Income: | | |
| Interest Income | 207.03 | 207.03 |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | 10,470.39 | 10,470.39 |
| Total Non-Operating income | 10,677.42 | 10,677.42 |
| | | |
| Non-Operating Expenses: | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | (7,173.00) | (7,173.00) |
| Other (Itemize) | | |
| Total Non-Operating Expenses | (7,173.00) | (7,173.00) |
| | | |
| NET INCOME/(LOSS) | 11,611.48 | 11,611.48 |

(Attach exhibit listing all itemizations required above)

IX. PROFIT AND LOSS STATEMENT:
EXHIBIT

|  | Current Month |
|---|---|
| **Operating Expenses:** | |
| Travel and Entertainment (Itemize) | |
| Travel | 1,158.40 |
| | |
| Miscellaneous Operating Expenses (Itemize) | |
| Auto Expense | 86.28 |
| Bank Charges | 705.10 |
| Samples | 253.00 |
| License & Registration | 40.00 |
| Office Expense/Supplies | 296.84 |
| Postages & Deliveries | 510.45 |
| | 1,891.67 |
| | |
| **Non-Operating Income:** | |
| Other (Itemize) | |
| Write off outstanding payments | 10,962.87 |
| Service fee | 200.00 |
| Foreign Exchange Loss | (692.48) |
| | 10,470.39 |
| | |
| **Non-Operating Expenses:** | |
| Legal and Professional (Itemize) | |
| Legal fee refunded | (7,173.00) |

X-5 BALANCE SHEET
(ACCRUAL BASIS ONLY)

| ASSETS | Current Month End | |
|---|---|---|
| Current Assets: | | |
| Unrestricted Cash | 1,378,699.69 | |
| Restricted Cash | | |
| Accounts Receivable | 7,999,425.73 | |
| Inventory | 3,368,254.88 | |
| Notes Receivable | 889,643.37 | |
| Prepaid Expenses | 788,413.98 | |
| Other (Itemize) | | |
| Total Current Assets | | 14,424,437.65 |
| | | |
| Property, Plant, and Equipment | 597,735.59 | |
| Accumulated Depreciation/Depletion | (444,277.55) | |
| Net Property, Plant, and Equipment | | 153,458.04 |
| | | |
| Other Assets (Net of Amortization): | | |
| Due from Insiders | 926,166.30 | |
| Other (Itemize) | 15,340,306.22 | |
| Total Other Assets | | 16,266,472.52 |
| TOTAL ASSETS | | 30,844,368.21 |
| | | |
| LIABILITIES | | |
| Post-petition Liabilities: | | |
| Accounts Payable | (2,170.23) | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional fees | | |
| Secured Debt | | |
| Other (Itemize) | | |
| Total Post-petition Liabilities | | (2,170.23) |
| | | |
| Pre-petition Liabilities: | | |
| Secured Liabilities | 12,067,734.80 | |
| Priority Liabilities | 165.80 | |
| Unsecured Liabilities | 44,698,005.43 | |
| Other (Itemize) | | |
| Total Pre-petition Liabilities | | 56,765,906.03 |
| TOTAL LIABILITIES | | 56,763,735.80 |
| | | |
| EQUITY: | | |
| Pre-petition Owners' Equity | (25,930,979.07) | |
| Post-petition Profit/(Loss) | 11,611.48 | |
| Direct Charges to Equity | | |
| TOTAL EQUITY | | (25,919,367.59) |
| TOTAL LIABILITIES & EQUITY | | 30,844,368.21 |

X: BALANCE SHEET
EXHIBIT

Current Month End

Other Assets (Net of Amortization):
    Other (Itemize)

| | |
|---|---:|
| Due from affiliates | 12,398,466.53 |
| Deposit | 67,732.00 |
| Investment - Xepa | 211,607.69 |
| Investment - Apex Shanghai | 2,662,500.00 |
| | 15,340,306.22 |

QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | ___ |

_____

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | ___ |

_____

3.  State what progress was made during the reporting period toward filing a plan of reorganization
N/A

4.  Describe potential future developments which may have a significant impact on the case:

The Debtor entered into a settlement agreement with Kith Consumer Product, Inc. ("Kith Consumer"), an affiliate of the Debtor's secured creditor, Kith Electronics Limited ("KEL"), pursuant to which the Debtor proposes to sell its inventory and receivables relating to its television distribution business (which the Debtor can no longer operate due to the termination of the Debtor's license to the "Apex Digital" trademark) to Kith Consumer in exchange for a reduction of the indebtedness to KEL of more than $10 million, which would then leave KEL with a $1.5 million secured claim.  The agreement also provides for the Debtor to enter into a consulting agreement with Kith Consumer which will provide a future revenue stream to the Debtor. The Debtor will continue to retain its lighting business and other assets.  The Debtor has filed a motion for approval of its agreement with Kith Consumer, which is set for hearing on September 15, 2010 at 9:30 a.m.  The Debtor believes that Court approval of its agreement with Kith Consumer (and the resulting reduction of KEL's secured claim) will pave the way for the formulation of a plan of re

5.  Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.
None

|  |  | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | ___ |

I,    Alice Hsu, Chief Operating Officer,
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_____10/4/2010_____          _____          _____
Date                                        Page 16 of 16                            Principal for debtor-in-possession