Ira D. Kharasch (CA Bar No. 109084)
Robert M. Saunders (CA Bar No. 226172)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

E-mail:  ikharasch@pszjlaw.com
         rsaunders@pszjlaw.com

[Proposed] Attorneys for Official Committee of Creditors
Holding Unsecured Claims

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No.: 2:10-bk-44406-PC |
| APEX DIGITAL, INC., a California Corporation, | Chapter 11 |
| Debtor | **APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO SEPTEMBER 14, 2010; DECLARATION OF IRA D. KHARASCH IN SUPPORT THEREOF** |
| | [No Hearing Required] |

**TO THE HONORABLE PETER CARROLL, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, THE DEBTOR AND DEBTOR IN POSSESSION, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") appointed in the jointly administered bankruptcy case of the above-referenced debtor and debtor in possession (collectively, the "Debtor"), submits this application to employ Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), *nunc pro tunc* to September 14, 2010 (the date of formation of the Committee), as its counsel (the "Application").

This Application is brought pursuant to Section 1103(a) of title 11 of the United States Code (the "Bankruptcy Code"),[1] Rule 2014 of the Federal Rules of Bankruptcy Procedure,[2] and Local Bankruptcy Rule 2014-1 for an order authorizing the employment of the Firm. In support of this Application, the Committee respectfully represent as follows:

On August 17, 2010 (the "Petition Date"), the Debtor commenced its chapter 11 case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code." Pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor is continuing to operate its business and manage its financial affairs as a debtor in possession.

The Committee was appointed pursuant to Section 1102(a)(1) of the Bankruptcy Code on September 14, 2010 by the United States Trustee. The members of the Committee are:

1. Jiangsu Hongtu High Tech Co., Ltd.

2. MPEG, LA, L.L.C.

3. Wi-Lan, Inc.

On October 1, 2010, the Committee elected to retain PSZJ to serve as counsel to the Committee. PSZJ is a firm of approximately 64 attorneys with a practice concentrated on reorganization, bankruptcy, litigation and commercial issues. PSZJ attorneys have extensive experience representing creditors' committees, debtors, creditors, trustees and others in a wide variety of bankruptcy cases. Subject to further order of this Bankruptcy Court, PSZJ is expected to render, among other things, the following services to the Committee:

a. to assist, advise and represent the Committee in its consultations with the Debtor regarding the administration of this case;

b. to assist, advise and represent the Committee in analyzing the Debtor's assets and liabilities, investigating the extent and validity of liens and participating in and reviewing any proposed asset sales, any asset dispositions, financing arrangements and cash collateral stipulations or proceedings;

c. to assist, advise and represent the Committee in any manner relevant to reviewing and

---

[1] All references to "sections" herein are to sections of the Bankruptcy Code, 11 U.S.C. §§ 101-1530, as amended, unless otherwise noted.

[2] All references to "Bankruptcy Rules" herein are to the provisions of the Federal Rules of Bankruptcy Procedure.

determining the Debtor's rights and obligations under leases and other executory contracts;

      d.    to assist, advise and represent the Committee in investigating the acts, conduct, assets, liabilities and the Debtor's financial condition, business operations and the desirability of the continuance of any portion of the business, and any other matters relevant to this case or to the formulation of a plan;

      e.    to assist, advise and represent the Committee in its participation in the negotiation, formulation and drafting of a plan of liquidation or reorganization;

to provide advice to the Committee on the issues concerning the appointment of a trustee or examiner under Section 1104 of the Bankruptcy Code;

      f.    to assist, advise and represent the Committee in the performance of all of its duties and powers under the Bankruptcy Code and the Bankruptcy Rules and in the performance of such other services as are in the interests of those represented by the Committee;

      g.    to assist, advise and represent the Committee in the evaluation of claims and on any litigation matters; and

      h.    to assist, advise and represent the Committee regarding such other matters and issues as may be necessary or requested by the Committee.

The Committee has retained PSZJ for the primary purpose of attempting to maximize the amount of money that would be made available to be distributed to the Debtor's unsecured creditors.

The Committee believes that PSZJ is well-qualified to render the foregoing services. A biography of the PSZJ attorneys representing the Committee is attached to the Declaration of Ira D. Kharasch (the "Declaration"), filed concurrently herewith.

To the best of the Committee's knowledge, and based upon the Declaration hereto, neither PSZJ nor any of its attorneys have any connection with any party in interest, their attorneys or accountants, other than as set forth in the Declaration.

Except as provided in the Declaration, to the best of the Committee's knowledge, neither PSZJ, nor any of its attorneys represent any interest adverse to that of the Committee in the matters on which they are to be retained, and PSZJ's attorneys are disinterested persons under Section 101(14) of the Bankruptcy Code.

The Committee desires to employ PSZJ with reasonable fees to be determined by the Court. No compensation will be paid to the Firm except as ordered by the Bankruptcy Court pursuant to any interim compensation procedures or upon application to, and approval by, the Bankruptcy Court after notice and a hearing. The Firm has received no retainer in this case. Neither the Committee nor any of its members (or their representatives) are or will be liable for any fees or costs incurred by PSZJ in its representation of the Committee. The current hourly rates of Ira D. Kharasch and Robert M. Saunders, the primary attorneys likely to work on this case, is $825.00 and $550.00 respectively. The current hourly rate of Beth D Dassa, the primary paraprofessional likely to work on this case is $235.00. Brief biographies of Ira D. Kharasch and Robert M. Saunders, as well as the current hourly rates of each attorney and paraprofessional at the Firm, are attached to the Declaration of Ira D. Kharasch as Exhibits "A" and "B," respectively. The Firm will use such other professionals as it deems necessary.

It is contemplated that the Firm will seek compensation during this case, and final compensation at the conclusion of this case, as permitted by Sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016. The Firm understands that its compensation in this case is subject to the prior approval of the Bankruptcy Court, after notice and a hearing, in accordance with Sections 328(a), 330, and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and the United States Trustee Notice and Guidelines. There is no agreement between the Firm and any other entity for the sharing of compensation received or to be received for services rendered in connection with the case, except among the partners and attorneys of the Firm.

[The remainder of this page is intentionally blank]

1     **WHEREFORE**, the Committee requests that this Court approve the employment of PSZJ, *nunc pro tunc* to September 14, 2010, as its counsel, to render services as described above with compensation to be paid as an administrative expense in such amounts as this Court may hereafter determine and allow.

Dated: October 21, 2010

                    OFFICIAL COMMITTEE OF UNSECURED CREDITORS

                    By: _____
                    Alan S. Gutman, representative of member
                    Jiangsu Hongtu High Tech Co., Ltd., as Chair

PACHULSKI STANG ZIEHL & JONES & LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## **DECLARATION OF IRA D. KHARASCH**

I, Ira D. Kharasch, declare and state as follows:

I am an attorney duly admitted to practice by the State of California and before this Court.

I make this declaration in support of the application (the "Application") filed by the Official Committee of Unsecured Creditors (the "Committee") to employ Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm") as counsel to the Committee.

I am a Partner of the Firm and am duly admitted and licensed to practice law in the State of California and to practice before this Court.

The name, address, telephone number and fax number of the Firm is:

> Pachulski Stang Ziehl & Jones LLP
> 10100 Santa Monica Blvd., 11th Floor
> Los Angeles, CA 90067
> Telephone: (310) 277-6910
> Facsimile: (310) 201-0760

PSZJ is a firm of approximately 64 attorneys with a practice concentrated on corporate reorganizations, insolvency and litigation. PSZJ attorneys have extensive experience representing creditors' committees, debtors, creditors, trustees and other constituents in a bankruptcy case in a wide variety of bankruptcy cases. Attached hereto as **Exhibit "A"** are biographical sketches of Robert M. Saunders and me.

The services to be rendered by PSZJ in this case are, among other things, the following:

a.  to assist, advise and represent the Committee in its consultations with the Debtor regarding the administration of this case;

b.  to assist, advise and represent the Committee in analyzing the Debtor's assets and liabilities, investigating the extent and validity of liens and participating in and reviewing any proposed asset sales, any asset dispositions, financing arrangements and cash collateral stipulations or proceedings;

c.  to assist, advise and represent the Committee in any manner relevant to reviewing and determining the Debtor's rights and obligations under leases and other executory contracts;

d.  to assist, advise and represent the Committee in investigating the acts, conduct, assets, liabilities and the Debtor's financial condition, business operations and the desirability of the

continuance of any portion of the business, and any other matters relevant to this case or to the formulation of a plan;

e.  to assist, advise and represent the Committee in its participation in the negotiation, formulation and drafting of a plan of liquidation or reorganization;

f.  to provide advice to the Committee on the issues concerning the appointment of a trustee or examiner under Section 1104 of the Bankruptcy Code;

g.  to assist, advise and represent the Committee in the performance of all of its duties and powers under the Bankruptcy Code and the Bankruptcy Rules and in the performance of such other services as are in the interests of those represented by the Committee;

h.  to assist, advise and represent the Committee in the evaluation of claims and on any litigation matters; and

i.  to assist, advise and represent the Committee regarding such other matters and issues as may be necessary or requested by the Committee.

Subject to Court approval and in accordance with Sections 330 and 331 of the Bankruptcy Code, PSZJ will be compensated at its regular hourly rates and reimbursed for expenses incurred herein from the assets of Debtor's estate. The hourly rates of the Firm's professionals and para-professionals and the Firm's schedule of reimbursable costs are set forth in **Exhibit "B"** attached hereto.

PSZJ represents that the Firm has received no retainer from the Debtor or the Committee or any payment during the one year period prior to the filing of Debtor's petitions. No compensation has been paid or promised to be paid from a source other than the estate in this case. Neither the Committee nor its members (or any of their representatives) are or will be liable for fees or costs incurred by PSZJ in its representation of the Committee.

PSZJ has made the following investigation of disinterestedness prior to submitting this declaration. PSZJ has undertaken a full and thorough review of its computer data base which contains the names of clients and other parties interested in particular matters. The Firm requires all of its professionals, before accepting the representation of a new client, or the representation of an existing client in a new matter, to perform a conflicts check through the PSZJ data base and to enter

04419-002\DOCS_LA:226048.4         2

into that data base conflict information regarding new clients or new matters. Thus, a review of said computerized data base should reveal any and all actual or potential conflicts of interest with respect to any given representation. In particular, an employee of Firm, under my supervision, ran the Debtor's current and former names, the names of Debtor's owners, known secured creditors, and the twenty (20) largest unsecured creditors of the Debtor through the Firm's data base and found no potential conflict.

On or about August 24, 2010, PSZJ began representing Jiangsu Hongtu High Tech Co. ("Hongtu"), Ltd., which is now a member of the Committee and its Chair. PSZJ's representation of Hongtu ceased at or about the time when the official Committee elected PSZJ as its counsel on October 1, 2010. PSZJ received $40,000 in fees and expenses for its services to Hongtu and does not intend to seek any further compensation for services rendered to Hongtu. PSZJ has not represented any other member of the Committee individually and, from October 1, 2010, has not and will not represent any of the individual members of the Committee in connection with this case.

PSZJ represented, represents, and in the future will likely represent many committees in matters unrelated to the Debtor and this case, whose members may be creditors and/or committee members in this case. The Firm, however, is not representing any of those entities in this case and will not represent any members of these committees in any claims that they may have collectively or individually against the Debtor.

PSZJ and certain of its partners, of counsel and associates represented, represents, and in the future will likely represent creditors of the Debtor in connection with matters unrelated to the Debtor and this case. At this time, the Firm is not aware of any such representations. If the Firm identifies any such representations, the Firm shall make disclosures as may be appropriate at that time.

PSZJ is not, and has never been a creditor, an equity security holder or an insider of the Debtor.

PSZJ is not and has never been an investment banker for any outstanding security of the Debtor.

PSZJ is not, and was not, within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the Debtor, or an attorney for such investment banker

1  in connection with the offer, sale or issuance of any security of the Debtor.

2  PSZJ is not, and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Debtor or of any investment banker for any security of the Debtor.

PSZJ neither holds nor represents an interest materially adverse to the interests of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or an investment banker for any security of the Debtor, or for any other reason.

The name, address and telephone number of the person signing this declaration on behalf of the Firm and the relationship of such person to the Firm is as follows:

> Ira D. Kharasch
> Pachulski Stang Ziehl & Jones LLP
> 10100 Santa Monica Blvd., 11th Flr.
> Los Angeles, CA  90067
> Telephone:  (310) 277-6910
> Facsimile: (310) 201-0760

The members of the firm are familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules and shall comply with them.

To the best of my knowledge, after conducting or supervising the investigation described above, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 21st day of October, 2010, at Los Angeles, California.

_____
Ira D. Kharasch

# EXHIBIT A



### Industries
- Subprime Mortgages

### Education
- University of Illinois (B.A., *cum laude*, 1977).
- University of California School of Law, Los Angeles (J.D. 1982).
- Phi Beta Kappa.

### Bar & Court Admissions
- 1983, California.
- 1983, Alaska.

### Clerkships
- Judicial law clerk, Chief Justice Edmond Burke (Alaska).



# Ira D. Kharasch

Los Angeles Office
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067-4100

Mr. Kharasch has had substantial experience in chapter 11 corporate reorganizations and out-of-court workouts representing debtors, secured creditors, and creditors' committees. He has had lead responsibility in confirming both creditor and debtor plans of reorganization in chapter 11 cases. Mr. Kharasch is a graduate of the University of Illinois and received his J.D. from UCLA. He holds an AV Peer Rating, Martindale-Hubbell's highest peer recognition for ethical standards and legal ability. Mr. Kharasch is admitted to practice in Alaska and California, and is a resident in our Los Angeles office.

### Representations
- Chapter 11 debtors in Tie Communications; Plainwell, Tecmar Technology.
- Trade committee in Custom Foods.



### Education

- State University of New York at Buffalo (B.A. 1980).
- University of Chicago (J.D. 1983).

### Bar & Court Admissions

- 1984, New York.
- 1995, Florida.
- 2003, California.



# Robert M. Saunders

Los Angeles Office
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067-4100

Mr. Saunders is an accomplished bankruptcy and transactional attorney with broad national practice experience. His range and depth of expertise includes chapter 11 reorganizations and sales, out-of-court workouts, debt/equity financings, corporate and real estate transactions, entity structure and governance strategies, employee and union matters, and litigation. He represents debtors, committees, creditors, acquirers, trustees, and examiners in bankruptcy cases. He counsels lenders and borrowers in restructuring troubled domestic and international debt and equity investments, and structures new money transactions to reduce bankruptcy risk.

He has extensive experience litigating and negotiating with governmental agencies, including the United States Environmental Protection Agency (EPA) and the Pension Benefit Guaranty Corporation (PBGC). He litigated and negotiated a hard-fought settlement of over $3.2 billion in Superfund claims with the EPA and major paper makers resulting in no liability for our paper making client, and drafted and confirmed a contested chapter 11 plan (and resolved appeals), providing meaningful distributions to the client's creditors. He also settled claims, and negotiated the assumption of retiree plans with the PBGC and unions, resolving pension and retiree benefit liabilities in three mega-chapter 11 cases.

Mr. Saunders has negotiated and closed billions of dollars of debt, equity, and municipal financings for lenders, investors and borrowers. He counsels financial clients investing in complex commercial real-estate projects and private companies. As a title agent in Florida, he wrote multi-million dollar policies to facilitate real estate closings. He also successfully closed the first issue of stripped mortgage-backed securities issued by a federally chartered mortgage association and the first issue of uncertificated tax-exempt securities by a state.

Mr. Saunders is a 1983 graduate of the University of Chicago Law School. He is admitted in California, New York and Florida.

### Representations

- Debtors: American Tissue; Brooks Fashion Stores; Decorative Surfaces; E-II Holdings; Freedom Forge; Plainwell; Prime Hospitality; Telogy; Barbeques Galore; Empire Land; Ownit Mortgage Solutions; People's Choice Home Loan; Dana Corporation; Foss Manufacturing; Lansdale; Pacific Energy; Copeland's Enterprises; Fleming Companies; Focal Communications.
- Creditors' committees: AM International; Crescent Jewelers; Warmus; Movie Gallery/Hollywood Video.
- Bidders/acquirers in A.H. Robins; America West.
- Lender/landlord in Federated Department Stores.
- Equity in TransAtlantic.

# **EXHIBIT B**

# HOURLY BILLING RATES FOR ATTORNEYS AND PARALEGALS OF PACHULSKI STANG ZIEHL & JONES LLP
### EFFECTIVE July 1, 2010

| Attorneys | Billing Rate |
|---|---|
| Richard M. Pachulski | $925.00 |
| James I. Stang | $855.00 |
| Dean A. Ziehl | $855.00 |
| Laura Davis Jones | $855.00 |
| Robert J. Feinstein | $855.00 |
| Brad R. Godshall | $825.00 |
| Jeremy V. Richards | $825.00 |
| Robert B. Orgel | $825.00 |
| Ira D. Kharasch | $825.00 |
| Alan J. Kornfeld | $795.00 |
| Richard J. Gruber | $795.00 |
| Debra Grassgreen | $775.00 |
| Henry C. Kevane | $775.00 |
| Jeffrey N. Pomerantz | $775.00 |
| Linda F. Cantor | $775.00 |
| David J. Barton | $750.00 |
| John A. Morris | $750.00 |
| Stanley E. Goldich | $750.00 |
| David M. Bertenthal | $750.00 |
| Andrew W. Caine | $750.00 |
| Iain A.W. Nasatir | $725.00 |
| Kenneth H. Brown | $725.00 |
| John D. Fiero | $695.00 |
| James E. Mahoney | $695.00 |
| James K.T. Hunter | $695.00 |
| Samuel R. Maizel | $695.00 |
| Steven J. Kahn | $695.00 |
| Ellen M. Bender | $695.00 |
| Daryl G. Parker | $695.00 |
| Bruce Grohsgal | $675.00 |
| Maxim B. Litvak | $650.00 |
| Bradford J. Sandler | $650.00 |
| Shirley S. Cho | $625.00 |
| Harry D. Hochman | $625.00 |
| Victoria A. Newmark | $625.00 |
| James E. O'Neill | $625.00 |
| Joshua M. Fried | $625.00 |
| Jeffrey W. Dulberg | $595.00 |
| Scotta E. McFarland | $575.00 |
| Gina F. Brandt | $575.00 |
| Jonathan J. Kim | $575.00 |
| Malhar S. Pagay | $575.00 |
| Jeffrey Kandel | $575.00 |
| Michael R. Seidl | $575.00 |
| Mary D. Lane | $550.00 |
| Gail S. Greenwood | $550.00 |
| Robert M. Saunders | $550.00 |
| Jason S. Pomerantz | $550.00 |
| Beth E. Levine | $550.00 |
| Jeffrey P. Nolan | $550.00 |
| Nina L. Hong | $550.00 |

| | Billing Rate |
|---|---|
| Maria Bove | $550.00 |
| Curtis A. Hehn | $550.00 |
| Gabriella A. Rohwer | $550.00 |
| Werner Disse | $515.00 |
| Erin Gray | $515.00 |
| Gillian N. Brown | $515.00 |
| William L. Ramseyer | $515.00 |
| Pamela E. Singer | $515.00 |
| Miriam Khatiblou | $515.00 |
| Elissa A. Wagner | $495.00 |
| Ilan D. Scharf | $495.00 |
| Celine M. Guillou | $450.00 |
| Kathleen P. Makowski | $450.00 |
| Timothy P. Cairns | $450.00 |
| Teddy M. Kapur | $450.00 |
| John W. Lucas | $450.00 |
| Cia H. Mackle | $395.00 |
| Jason H. Rosell | $395.00 |

| Paralegals | Billing Rate |
|---|---|
| Denise A. Harris | $235.00 |
| Kathleen F. Finlayson | $235.00 |
| Beth D. Dassa | $235.00 |
| Shawn A. Quinlivan | $235.00 |
| Patricia J. Jeffries | $235.00 |
| Monica A. Molitor | $235.00 |
| Felice S. Harrison | $235.00 |
| Louise Tuschak | $225.00 |
| Karina K. Yee | $225.00 |
| Patricia E. Cuniff | $225.00 |
| Margaret L. Oberholzer | $220.00 |
| Cheryl A. Knotts | $215.00 |
| Michael A. Matteo | $205.00 |
| Jorge Rojas | $205.00 |
| Thomas J. Brown | $205.00 |
| Kati L. Suk | $185.00 |
| John F. Bass | $160.00 |
| Andrew C. Sahn | $160.00 |

| Law Library Dir. | Billing Rate |
|---|---|
| Leslie A. Forrester | $260.00 |

| Law Clerks/Clerks | Billing Rate |
|---|---|
| Rita M. Olivere | $150.00 |
| Sheryle L. Pitman | $150.00 |
| Dina K. Whaley | $150.00 |
| Beatrice M. Koveleski | $150.00 |
| Charles J. Bouzoukis | $140.00 |
| Andrea R. Paul | $140.00 |
| Karen S. Neil | $140.00 |

DOCS_LA:35875.33

# SUMMARY OF RATES OF REIMBURSEMENT FOR EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP EFFECTIVE JANUARY 1, 2010[1]

Facsimile Charges

    Outgoing .......................................................$1.00 per page
    Incoming .......................................................$0.20 per page

Photocopy Charges ...................................................$0.20 per page

Reproduction/Scan Copy                     $0.10 per page

Mileage[2] .................................................................$0.50 per mile

Secretarial Overtime .................................................Actual Cost

Court Filing Fees.......................................................Actual Cost

Court Reporter ..........................................................Actual Cost

Messenger and Attorney Services.............................Actual Cost

Legal Research...........................................................Actual Cost

Postage/Express Mail................................................Actual Cost

Telephone..................................................................Actual Cost

Travel Expenses .......................................................Actual Cost

---

[1] This summary lists expenses commonly billed by the Firm. Other expenses would typically be billed to the Firm's clients at the Firm's actual cost.

[2] The Firm only charges for associate and paralegal mileage, not shareholder mileage.

68700-001\DOCS_LA:2323.9

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA  90067**


A true and correct copy of the foregoing document described ***APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS NUNC PRO TUNC TO September 14, 2010; DECLARATION OF ira d. kharasch IN SUPPORT THEREOF*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 21, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **October 21, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed*.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 21, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

By Personal Delivery
Honorable Peter H. Carroll
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1534
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 21, 2010 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                 **F 9013-3.1.PROOF.SERVICE**

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Shawn M Christianson on behalf of Interested Party Courtesy NEF
cmcintire@buchalter.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (LA)
russell.clementson@usdoj.gov

Philip A Gasteier on behalf of Debtor Apex Digital, Inc.
pag@lnbrb.com

John W Kim on behalf of Interested Party Courtesy NEF
jkim@nossaman.com

Juliet Y Oh on behalf of Debtor Apex Digital, Inc.
jyo@lnbrb.com, jyo@lnbrb.com

Kathy Bazoian Phelps on behalf of Creditor Kith Electronics Limited
kphelps@dgdk.com

Robert M Saunders on behalf of Interested Party Jiangsu Hongtu High Tech Co., Ltd.
rsaunders@pszjlaw.com, rsaunders@pszjlaw.com

George E Schulman on behalf of Creditor Kith Electronics Limited
GSchulman@DGDK.Com

David B Shemano on behalf of Interested Party Courtesy NEF
dshemano@pwkllp.com

Lindsey L Smith on behalf of Debtor Apex Digital, Inc.
lls@lnbrb.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

II. **TO BE SERVED BY U.S. MAIL**

Attorneys for Jiangsu Hongtu High Tech Co. Ltd.
Alan S. Gutman, Esq.
9401 Wilshire Blvd., Suite 575
Beverly Hills, CA 90212

Attorneys for MPEG, LA, L.L.C.
Michael H. Steinberg, Esq.
Sullivan & Cromwell LLP
1888 Century Park East, Suite 2100
Los Angeles, CA 90067

Attorneys for Wi-Lan, Inc.
Prashant Watchmaker, Assistant General Counsel
11 Holland Ave., Suite 608
Ontario, Kiyiwi, CANADA

*Please see attached service list*

III. **TO BE SERVED VIA EMAIL**

Jiangsu Hongtu High Tech Co. Ltd.
Attn: Sunny
Humao & Guigu Law Firm
Email: chenxiaoyang@hmgglaw.com
Email: chen0760@gmail.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                          **F 9013-3.1.PROOF.SERVICE**

Covington & Burling LLP
1201 Pennsylvania Ave. N.W.
Washington, DC 20004-2401

Regent USA Inc
1208 John Reed Court
City ofIndustry, CA 91745
**[DISSOLVED]**

Koninklijke Philips Electronics
1251 A venue of the Americas
New York, NY 10020

Wintek Group, Inc.
13418 Wandering Ridge Way
Chino Hills, CA 91709

G & J Express Transport, Inc
9121 Blackley Street
Temple City, CA 91780

Disco Vision
1925 East Dominguez St.
Long Beach, CA 90810

Oracle Corporation
500 Oracle Parkway
Redwood City, CA 94065

MPEGLA
6312 S Fiddlers Green Circle
Suite 400E
Greenwood Village, CO 80

Vizio
39 Tesla
Irvine, CA 92618

Jiangsu Qiao Yue Shu Ma You Xian
#1, Jing Jiu Road, Ding Mao Jing Ji
Kai Fa, Zhen Jiang City, Jiangsu
**CHINA 212009**

Funai
7-1, 7-Chome, Nakagaito
Daito, Osaka 574-0013
**JAPAN**

Jiangsu Hongtu High Tech Co Ltd
83 Hu Bei Road
Nanijing P.R., Post Code 210009
**CHINA**

Shanghai World Trade Dev. Co., LTD
Unit 118, Suite 1016, Xin Ling Road
Wai Gao Qiao Bao Shui, Shanghai
**CHINA 200031**

Wi-LAN V-Chip Corp.
11 Holland Avenue, Suite 608
Attn: Prashant R. Watchmaker,
General Counsel
Ottawa, ON K 1 Y 4S 1
**CANADA**

Thomson Multimedia
Two Independence Way, Suite 100
Princeton, NJ 08540

Sichuan Digital Telemedia Co. Ltd.
Jiuzhopu Electric Bldg., 6th Floor
High-Tech Park, Nanshan, Shenzhen
**CHINA 518057**

Apex Digital Inc. Ltd.
Unit 37031, 37/F West Tower Shun
Tak Centre 168-200 Connaught Rd Cen
**HONG KONG**

### Secured Creditors

The CIT Group/Commercial Services
300 South Grand Avenue
Los Angeles, CA 90071

Wells Fargo Trade Capital, LLC
333 South Grand Avenue, Suite 4150
Los Angeles, CA 90071

Kith Electronics Limited
Attn: King Chun Hui
IIF Hing Lung Commerical Building
68 Bonham Stand East,
**HONG KONG**

MPEGLA
6312 S Fiddlers Green Circle
Suite 400E
Greenwood Village, CO 80111