PHILIP A. GASTEIER (SBN 130043)
JULIET Y. OH (SBN 211414)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: pag@lnbyb.com; jyo@lnbyb.com; lls@lnbyb.com

Attorneys for Chapter 11 Debtor
and Debtor in Possession

FILED & ENTERED

NOV 02 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re

APEX DIGITAL, INC.,

                    Debtor.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:10-bk-44406-PC

Chapter 11

**ORDER APPROVING APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY CHANG, CHANG, CHEN, & COMPANY AS ACCOUNTING AND TAX CONSULTANTS**

[No Hearing Required Unless Requested]

        On October 15, 2010, Apex Digital, Inc., Chapter 11 debtor and debtor in possession herein (the "Debtor"), filed an application (the "Application") for Court approval of its employment of Chang, Chang, Chen & Company ("CCC&C") as accounting and tax consultants to the Debtor, *nunc pro tunc* to August 18, 2010 and upon the terms and conditions described in the Application.

1    The Court, having considered the Application and all papers filed by the Debtor in

2    support of the Application, proper notice of the Application having been provided, having

3    received no opposition to or request for a hearing on the Application, having found that CCC&C

4    does not hold or represent any interest adverse to the Debtor or the Debtor's estate, that CCC&C

5    is "disinterested" as that term is defined in 11 U.S.C. § 101(14) and that CCC&C's employment

6    is in the best interest of the Debtor's estate, and other good cause appearing,

7    IT IS HEREBY ORDERED that the Debtor's employment of CCC&C as its accounting

8    and tax consultants is approved upon the terms and conditions set forth in the Application, with

9    such employment to be effective as of August 18, 2010.

10    ###

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26    DATED: November 2, 2010

27    _____
United States Bankruptcy Judge

28

2

| | |
|---|---|
| In re  APEX DIGITAL, INC.,<br><br>Debtor(s). | CHAPTER   2:10-BK-44406-PC<br>CASE NO 11 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Blvd., Ste. 1700, Los Angeles, CA  90067

A true and correct copy of the foregoing document described **ORDER APPROVING APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY CHANG, CHANG, CHEN, & COMPANY AS ACCOUNTING AND TAX CONSULTANTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u> – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 1, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

N/A                                      ☐    Service information continued on attached page

II.  <u>**SERVED BY U.S. MAIL OR OVERNIGHT MAIL**</u>(indicate method for each person or entity served)**:**
On **November 1, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**VIA U.S. MAIL**
U.S. Trustee
725 S. Figueroa Street, Ste. 2600
Los Angeles, CA  90017            ☐    Service information continued on attached page

III.  <u>**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**</u>  (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 1, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**VIA ATTORNEY MESSENGER DELIVERY**
Hon. Peter Carroll
U.S. BANKRUPTCY COURT
255 E. Temple Street, Ctrm 1539
Los Angeles, CA  90012            ☐    Service information continued on attached page
I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

| | | |
|---|---|---|
| **November 1, 2010** | Angela Antonio | */s/ Angela Antonio* |
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                              **F9013-**
**3.1**

| | |
|---|---|
| In re APEX DIGITAL, INC.,<br><br>Debtor(s). | CHAPTER  2:10-BK-44406-PC<br>CASE NO 11 |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER APPROVING APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION TO EMPLOY CHANG, CHANG, CHEN, & COMPANY AS ACCOUNTING AND TAX CONSULTANTS** was entered on the date indicated as   Entered   on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**   Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **November 1, 2010** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

    * Shawn M Christianson     cmcintire@buchalter.com
    * Russell Clementson     russell.clementson@usdoj.gov
    * Philip A Gasteier     pag@lnbrb.com
    * John W Kim     jkim@nossaman.com
    * Juliet Y Oh     jyo@lnbrb.com, jyo@lnbrb.com
    * Kathy Bazoian Phelps     kphelps@dgdk.com
    * Robert M Saunders     rsaunders@pszjlaw.com, rsaunders@pszjlaw.com
    * George E Schulman     GSchulman@DGDK.Com
    * David B Shemano     dshemano@pwkllp.com
    * Lindsey L Smith     lls@lnbrb.com
    * United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐    Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Chang, Chang, Chen & Company
21671 Gateway Center Dr., Ste. 200
Diamond Bar, CA 91765

☐    Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an   Entered   stamp, the party lodging the judgment or order will serve a complete copy bearing an   Entered   stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐    Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                      **F 9021-1.1**